**FILED**

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John Vincent Hyland, Jr.,
 Plaintiff, # 228879
 *MARSHALL CORRECTIONAL FACILITY*
 *1790 PARNALL*
 *JACKSON, MI 49201*
-vs-

President George Bush
 Defendant.

/

Case No.

CASE NUMBER 1:05CV01878

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 09/22/2005

**JURY DEMAND**

CLAIM EXCEEDS $50,000.

CIVIL COMPLAINT

September 16, 2005

Respectively submitted,

John Vincent Hyland, Jr.,
 Plaintiff pro per
 # 228879
Parnall Correctional Facility
 1790 Parnall
 Jackson, MI 49201

1

## JURISDICTION

1. This Court has JURISDICTION over plaintiff's claims of VIOLATIONS OF FEDERAL CONSTITUTIONAL RIGHTS pursuant to 28 U.S.C. §§ 1331, 1332, and 1343.


2. § 1331. Federal Question.

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.


§ 1343: CIVIL RIGHTS AND ELECTIVE FRANCHISE:

(a)  (1)(2)(3)(4)

AND:  "TO REDRESS THE DEPRIVATION, UNDER COLOR OF ANY STATE
    LAW, STATUTE, ORDINANCE, REGULATION, CUSTOM OR USAGE, OF
    ANY RIGHT, PRIVILEGE OR IMMUNITY SECURED BY THE
    CONSTITUTION OF THE UNITED STATES OR BY ANY ACT OF CONGRESS
    PROVIDING FOR EQUAL RIGHTS OF CITIZENS OR OF ALL PERSONS
    WITHIN THE JURISDICTION OF THE UNITED STATES."


3. This Court has jurisdiction over plaintiff's claims of defendant's under color of law violations of RICO statutes, U.S. Constitution, and Title 28 - JURICIARY AND JUDICIAL PROCEDURE.

4. Plaintiff alleges that Defendant and unknown accomplices both government employees and those "conspirators" who are NOT EMPLOYED BY UNITED STATES GOVERNMENT but have **"influence"** upon defendant to unlawfully **"FIX"** their choice to fill the position of CHIEF JUSTICE of the UNITED STATES SUPREME COURT which is

-1-

**contrary** to Title 28.  See CAUSES OF ACTION.

4. Plaintiff alleges that two or more persons have conspired with DEFENDANT to NON-JURISDICTIONALLY **"fix"** the appointment of a civil person, non-judge, into the highest JUDICIAL POSITION in the United States, that of "CHIEF JUSTICE OF THE UNITED STATES SUPREME COURT.

5. Plaintiff further alleges that defendant President George Bush has acted without lawful authority whereas FEDERAL CIVIL JUDICIAL PROCEDURE and RULES, TITLE 28--JUDICIARY AND JUDICIAL PROCEDURE is violated unlawfully attempting to place John Roberts into the position vacated by **DEATH** of the CHIEF JUSTICE of the United States, namely Justice Rehnquist.

6. Plaintiff alleges that defendant President George Bush has conspired knowingly, wilfully, maliciously, and presumed offended "RICO" violations whereas defendant President George Bush has sought to UNLAWFULLY, NON-JURISDICTIONALLY to **"fix"** the CHIEF JUSTICE position.

7. Defendant President George Bush is not an atorney and therefore a PRESUMPTION is warranted on the face of these issues that Defendant President George Bush is accepting re-payment of debts he owes to "PRIVATE PARTIES" that co-conspired with Chief Justice Rehnquist to **"fix"** the outcome of the FLORIDA election and thusly offended THE CONSTITUTIONAL RIGHT TO CAST A VOTE AND HAVE THAT VOTE COUNTED in a State Election that neither Chief Justice Rehnquist, nor Florida Governor Bush had

-2-

any authority over and failed to possess JURISDICTIONAL authorities by Chief Justice REHNQUIST to "haunt" the halls of United States Supreme Court in the **dark closeted** chambers that Chief Justice Rehnquist presided over and knowingly, wilfully, unlawfully, "RICO VIOLATIONS", committed UNDUE INFLUENCE over State of Florida Election that resulted in the final outcome in favor of defendant President Georege Bush.

8. Plaintiff alleges: An "ORDINARY PERSON" knows that the non-jurisdictional "fixing" the placing of John Roberts into the SEAT of CHIEF JUSTICE is unlawful.

See: SEVENTH CAUSE OF ACTION:

7-2. Whenever the Chief Justice is unable to perform the duties of his office <u>or the office is vacatn,</u> his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed <u>or another Chief Justice is appointed and duly qualified."</u>

-3-

Black's Law Dictionary - Abridged Sixth Edition, page 807.

Possession is nine-tenths of the law.
"This adage is not to be taken as true to the full extent,
so as to mean that the person in possession can only be ousted
by one whose title is nine times better than his, but it places
in a strong light the legal truth that every claimant must
succeed by the STRENGTH OF HIS OWN TITLE, and not the weakness
of his antagonist's."

PLEA FOR STAY OF SENATE HEARING
TO CONFIRM PRESIDENT'S JUDGE SELECTION.

Title 28 - JUDICIARY AND JUDICIAL PROCEDURE - REVIEW:

Rule 2101.   Supreme Court: time for appeal or certiorari;
docketing; stay

(f) In any case in which the final judgment or decree of
any court is subject to review by the Supreme Court on writ
of certiorari, the execution and enforcement of such judgment
or decree may be stayed for a reasonable time to enable the
party aggrieved to obtain a writ of certiorari from the Supreme
Court. The stay may be granted by a judge of the court rendering
the judgment or decree or by a justice of the Supreme Court,
and may be conditioned on the giving of security, approved by
such judge or justice, that if the aggrieved party fails to
make application for such writ within the period allotted
therefor, or fails to obtain an order granting his application,
or fails to make his plea good in the Supreme Court, he shall
answer for all damages and costs which the other party may
sustain by reason of the stay."


Plaintiff alleges that NO ORDER OF THE UNTIED STATES
JUDICIARY COMMITTEE has as yet been rendered in the HEARING
of qualifications and back-ground investigation is on-going
at this very time.

Therefore, alleges Plaintiff, there can be NO HARM to issue
a STAY to the Judicial hearing that Senate Committee is still
under-going HEARING(S), evidentiary, back-ground checks, and
further verification of the qualifications of the candidate

-5-

for appointment to the United States Supreme Court as a justice.

Plaintiff alleges that the "qualifications" of the candidate cannot possibly be sure-fire whereas a certain and obvious "PREJUDICE" exists from the office of the President of the United States all the way down to the "BRIBES and PAYOFF to "heavy political contributions to the Presidential campaign of present President George Bush distinctly smells of "PAY-OFF" whether voluntary or inuendo, or actual and blatant demands.

A period of "rest" for the Senate Judicial Committee is warranted because of the "appearance(s) of fruad, misrepresentations, bribes, payola, kick-backs, etc.

There certainly are many good honest judges in the Federal Judicial System from which to intelligently choose.

The PRESSURE for the "SENATE JUDICIAL COMMITTEE" to make hasty facial judgments is unkind to the OFFICE OF JUSTICE of the United States Supreme Court and therefore Plaintiff pleads to this Supreme Court to grant a "STAY" of the pending "confirmation" because for this Supreme Court to make their own choice of CHIEF JUSTICE as provided under the law.

A President should NEVER have the right to DICTATE who the Chief Justice will be of the United States Supreme Court.

It's not enough that George Bush probably had "dirty laundry" in the "FLORIDA DECIMATION OF VOTERS' CONSTITUTIONAL RIGHT TO BE COUNTED, and this is sufficient ALLEGATION to warrant a pause in the selection of a ninth Justice of the United State Supreme Court.

## SUPREME

Black's Law Dictionary, Abridged Sixth Edition.

Supreme Court of the United States, page 1005:
The U.S. Supreme Court comprises the Chief Justice of the United States and such Associate Justices   fixed by Congress. Under that authority, by virtue of the act of June 25, 1948 (62 Stat. 869; 28 U.S.C.A.1), the number of Associate Justices is eight. Power to nominate the Justices vested in the President of the United States, and appointments are made by and with the advice and consent of the Senate. Article III, section 1, of Contitution further provides that "the judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office." See 28 U.S.C.A. S 1251 et seq."

page 598: Justice, n. Title given to judges, particularly to judges of U.S. and state supreme courts, and as well to judges of appellate courts are composed of a chief justice and several associate justices.

Judge, page 585:
An officer  so named in his commission, who presides  in some court;  a public officer, appointed  to preside and  to administer the law in a court of justice; the chief member of a court, charged with the control of proceedings and the deciion of questions of law or discretion. A public officer who, by virtue of his office, is clothed with judicial authority. Presiding officer of court. Any officer authorized to function as or for judge in doing specific acts.
"Judge", "justice", and "court" are often used synonymously or interchangeably.

Judge pro tempore, page 586:
"One appointed for the term or some part thereof, during which time he exercises all functions of the regular judge.

## CAUSES OF ACTION

FIRST CAUSE OF ACTION:

1-1. United States Constitution.

1-2. Article II.

1-3.    Section 2.    (2) He shall have Power.... and shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the Supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

1-4. The President of the United States is POWERLESS to appoint a "CHIEF JUSTICE" in the United States Supreme Court.

1-5. U. S. Constitution. Article II, Section 2, clause (2) He shall have Power, by and with the Advice and Consent of the Senate to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassador, other public Ministers and Consuls, Judges of the Supreme Court, and all other Officers of the United States, who Appointments are not herein otherwise provided for, and which shall be established Law; but the Congress may by Law vest the Appointment of such inferior Officer, as they think proper, in the President alone, in the Court of Law, or in the Head of Departments."

1-6. Article III.
    Section 1. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Court a Congress may from time to time ordain and establish. The judges, both of the supreme court and inferior Courts, shall hold their Office during good Behaviour, and shall, at stated Time, receive for their Service a Compensation, which shall not be diminished during their Continuance in Office."

1-7. Artice VI.
    (2) This Constitution, and the Law of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

1-8. Amendment IX (1791)
    The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

-8-

1-9. Amendment XX [1933]
Section 1. The terms of the President and Vice President shall end at noon on the 20th day of January, and the terms of Senators and Representatives at noon the 3d day of January, of the yers in which such term would have ended if this artice had not been ratified; and the terms of their successor hall then begin."

1-10. Amendment XXV (1967)
Section 1. In the case of removal of the President from office or his death or resignation, the Vice President shall become President."

1-11. Federal and Judicial Procedures and Rules - Title 28 - Judiciary and Judicial Procedure.
1-12. Page 395:
Executive power. Authority vested in executive department of federal government to execute law. The enumerated powers of the President are provided for in Article II of the U.S. Const.

Page 395.
Executive order. An order or regulation issued by the President or some administrative authority under his direction for the purpose of interpreting, implementing, or giving administrative effect to a provision of the Constitution or of some law or treaty. To have effect of law, such orders must be published in the Federal Register.

SECOND CAUSE OF ACITON"

2-1. RULES OF COURT. Title 28, RULES OF COURTS:

2-2. § 2072.

2-3. 28 U.S.C. FEDERAL CIVIL JUDICIAL PROCEDURE and RULES.

2-4. § 376. Annuities for survivors of certain judicial officials of the United States.
(a) For the purpose of this section--
(1) "judicial official" means'
(A) a Justice or judge of the United States, as defined in section 451 of this title;

THIRD CAUSE OF ACTION:

3-1. § 451. Definitions.
As used in this title:
The term "court of the United States" includes the Supreme Court of the United States,...
"The term "justice of the United States" includes the Chief Justice of the United States and the associate justices of the Supreme Court.

3-2. § 376,. Annuities for survivors of certain judicial officials of the United States:

3-3. (a) For purposes of this section--
    (1) "judicial official" means:
        (A) a Justice or judge of the United States, as defined by section 451 of this title;
(B) an administrative assistant to the Chief Justice of the United States, after he or she has filed a waiver in accordance with both subsection (a) of section 677 and subsection (a) of section 611 of this title'

3-4. (2) "retirement salary" means"
    (A) in the case of a Justice or judge of the United States, as defined by section 451 of this title, salary paid (i) after retirement from regular active service under subsection section 372 of this title, or (ii) after retirement from office by resignation on salary under subsection (a) of section 371 of this title'

FOURTH CAUSE OF ACTION:

4-1. Title 28--JUDICIARY AND JUDICIAL PROCEDURE. (page 713)

4-2. § 677.(a) The Chief Justice of the United States may appoint an administrative Assistant who shall serve at the pleasure of the Chief Justice and shall perform such duties as may be assigned him by the Chief Justice.

FIFTH CAUSE OF ACTION.
5-1. Supreme Court rule R7.2 states:
"Law clerks, Barred from ever participating in case pending during service., SC R7.2."

SIXTH CAUSE OF ACTION:

6-1. Title 28, SC R7.2 Practice as attorney in Court barred for two years after separation from service."

SEVENTH CAUSE OF ACTION:

7-1. Title 28--JUDICIARY AND JUDICIAL PROCEDURE:
Supreme Court Rules, p. 489:
§ 3. Vacancy in office of Chief Justice; disability.

7-2. Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified."

-10-

7-3. § 4. Precedence of associate justices., p. 489.
"Associate justices shall have precedence according to

the seniority of their commissions. Justices whose commissions
bear the same date shall have precedence according to seniority
in age."

7-4. 28 S 2. Terms of court. p. 489.
"The Supreme Court shall hold at the seat of government
a term of court commencing on the first Monday in October of
each year and may hold such adjourned or special terms as may
be necessary.

CONCLUSION

Civil Rules of Procedure, Title 28, JUDICIARY AND JUDICIAL PROCEDURE provide for the filling of vacancy of Supreme Court Justice.

Civil Rules of Procedure, Title 28, also provide that the position of "Chief Justice" is to be decided by Civil Rules.

Whereas Plaintiff's pro per, CIVIL COMPLAINT is founded on grounds that neither President George Bush, nor United States have "laful jurisdiction" to **appoint** a **CHIEF JUSTICE**.

Therefore, alleges Plaintiff, this Honorable District Court of District of Columbia, having jurisdiction over the parties as emplyed and consistently in the neighborhood of Washington, District of Columbia, then it follows that this Honorable District Court of District of Columbia does indeed have JURISDICTION over the parties and over the subject matter.

See: Seventh Cause of Action, 7-2, **supra.**

See: Page 10 - SEVENTH CAUSE OF ACTION:

   Title 28 -- JUDICIARY AND JUDICIAL PROCEDURE:
   Supreme Court Rules, p. 489:

   § 3. Vacancy in office of Chief Justice: disability.:

   "Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed **or another Chief Justice is appointed and duly qualified.**"

Defendant President George Bush does **NOT HAVE LAWFUL JURISDICTION to appoint a "CHIEF JUSTICE", supra.**

-12-

## RELIEF REQUESTED

1. Issue an ORDER to United States Senate that the "CONFIRMATION HEARING" presently being conducted by Judicial Committee of United States Senate by **"STAYED"** pending the results of Plaintiff's CIVIL COMPLAINT now herein pending in this Honorable District Court of the District of Columbia, Washington, D.C.

2. Request the SUPREME COURT to elect a "CHIEF JUSTICE" forthwith, and to do so within seven (7) days so long as a QUORUM is present for the "assignement of Chief Justice.

3. A CHIEF JUSTICE should be selected pursuant to Title 28, Civil Procedures, JUDICIARY AND JUDICIAL PROCEDURE, Supreme Court Rules, page. 489.

See: SEVENTH CAUSE OF ACTION, supra.

4. MONETARY award should be **GRANTED** to Plaintiff in the amount of $700,000.00, payable in equal amounts to Plaintff's children, Michael Hyland, Robert Hyland, Joseph Hyland, Diane Hyland, Erin Hyland, and Kate Hyland.

September 16, 2005

Respectfully submitted,

John Vincent Hyland
Plaintiff, pro/per
# 228879
Parnall Correctional Facility
1790 Parnall
Jackson, MI 49201

-13-

*SIXTH DEMAND*

*REMEMBER PEARL HBY.*

*Decemb 7, 2004*

FEDERAL BUREAU OF INVESTIGATION
"CRIMES AGAINST CHILDREN UNIT"
SUITE 1553, FOB
100 W. CAPITOL STREET
JACKSON, MISSISSIPPI, 39269-1601
      TEL: (601) 948-5000

*AUGUST 12, 2004*

*/ MY CONSTITUTIONAL RIGHT
FOR DEPT of JUSTICE INVESTIGAN:*
*18 U.S.C. A § 1201.*

ON JULY 19, 2001, U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF
INVESTIGATION, WASHINGTON, D.C. 20535-0001,
ANSWERED MY COMPLAINT OF:
      "MY CHILDREN HAVE BEEN KIDNAPPED UNDER COLOR OF LAW and MOVED FROM
MICHIGAN TO OHIO, INDIANA, KENTUCKY, TENNESSEE, ALABAMA, MISSISSIPPI, KANSAS,
IOWA, ILLINOIS, etc.
      WITHOUT LAWFUL ORDER and WITHOUT MY PERMISSION.

I HAVE WRITTEN YOU FOUR (4) TIMES.
YOU HAVE NOT RESPONDED.
YOU MUST HAVE A FILE ON THIS SUBJECT and THESE NAMES.

WASHINGTON, D.C. DEPARTMENT OF JUSTICE INFORMED ME THEY HAD SENT THE "FILE"
TO YOUR OFFICE and FOR ME TO CONTACT YOU -- JULY 19, **2001**.

THIS IS A KIDNAPPING CASE, FEDERAL KIDNAPPING.

WASHINGTON, D.C. OFFICE SENT YOU THE FILE YEARS AGO.

PLEASE OPEN THIS CASE and CONTACT ME FORTHWITH.

I HAVE WRITTEN U.S. SENATOR CARL LEVIN and I HAVE COMPLAINED TO FBI,
WASHINGTON, D.C. OF THE LACK OF RESPONSE FROM YOU ON THIS VERY UNLAWFUL
"KIDNAPPING UNDER COLOR OF STATE LAW OF MY MINOR CHILDREN WHEREAS I WAS
THE SOLE LAWFUL CUSTODIAN."

I HAVE MANY, MANY, MANY COURT DOCUMENTS and EXHIBITS TO PROVE THESE
ALLEGATIONS OF "KIDNAPPING UNDER COLOR OF STATE LAW" and ASPORTATION OUT
OF THE STATE OF MICHIGAN WITHOUT LAWFUL AUTHORITY THEREBY COMMITTING FEDERAL
KIDNAPPING -- AND I PROTEST STRONGLY.

PLEASE RESPOND FORTHWITH.

JOHN HYLAND, # 228879
PARNALL CORRECT FACILITY
1790 PARNALL
JACKSON, MI 49201

cc: VARIOUS.

RE: 42 U.S.C. § 1983.

THIS YEAR I HAVE WRITTEN YOU: APRIL 6, 2004; MAY 4, 2004; and TODAY, plus
THE LETTERS TO YOU IN 2003, 2002, 2001.    *NO RESPONSE*

cc: SENATOR CARL LEVIN, PRES GEORGE BUSH, MICHIGAN GOVERNOR JENNIFER
GRANHOLM, MICHIGAN A.G. MIKE COX, and DETROIT NEWS EDITOR.

4A · THURSDAY, MARCH 7, 2002 · USA TODAY

## Washington

# Counsel closes book on Lewinsky case

## Assistant secretary of Army forced out

An assistant secretary of the Army who has criticized the Bush administration's proposed spending cuts on Army Corps of Engineers' water projects has been fired, several members of Congress said.

Rep. Roger Wicker, R-Miss., and Sen. Kent Conrad, D-N.D., said Mike Parker, a former Republican congressman from Mississippi, was asked to resign by the Defense Department after criticizing the proposed cutting of the Corps' budget by 10% to $4.175 billion. The Corps had sought more than $6 billion. At a hearing before the Senate Budget Committee last week, Parker said the cuts would require the Corps to cancel $190 million in projects under construction. "In the places it is needed, in what it does for the American people, there will be a negative impact," he said.



Bush Wessmann

### Bush makes last stand with Pickering

President Bush accused Democrats of opposing his appeals court nominee Charles Pickering of Mississippi. It's unlikely that the nomination of the federal judge for a seat on the 5th Circuit Court of Appeals in New Orleans will win approval in the Senate Judiciary Committee today. Bush met Wednesday with Pickering and several of his supporters in the Oval Office in a show of support. Democrats have questioned Pickering's views on race in the 1950s and 1960s. Supporters say he is respected by minorities and opposed the Ku Klux Klan in the 1960s.

### Bush budget draws skepticism

President Bush's budget would generate a deeper deficit next year than the White House claims, Congress' top fiscal analyst said. Both political parties began touting the nonpartisan Congressional Budget Office report in an their election-year fight over Bush's plans to cut taxes and boost spending for defense and domestic security. Republicans said Bush must "restrain spending" while Democrats said the budget's condition will improve as the recession fades. CBO Director Dan Crippen said Bush's budget would create a deficit next year of $121 billion, $41 billion more than Bush projects in 2005 and have an accumulation generating surpluses in 2005 and beyond.

— Jean Biskupic

## Ray's final report includes parting shots from key figures in probe

By Judy Keen
USA TODAY

WASHINGTON — The saga of Bill Clinton and Monica Lewinsky is officially over.

After more than 3 months of study, the White House intern affair that led to his impeachment, Independent Counsel Robert Ray embraced on an affair that led to his impeachment. Independent Counsel Robert Ray said the Lewinsky investigation Wednesday.

There was, Ray said, "sufficient evidence to prosecute" President Clinton for violating federal criminal laws." Ray succeeded Kenneth Starr in 1999. Clinton avoided prosecution by striking a deal with Ray the day before he left the White House. Clinton admitted giving false testimony and accepted a $25,000 fine and a suspension of his law license.

The 237-page report rehashes the now-familiar chain of comments submitted by figures in the probe, including Linda Tripp's taping of her phone calls with Lewinsky and some intriguing morsels that before had been barred: On Jan. 17, 1998, Clinton issued a statement calling the inquiry "intense, experimental, partisan and long."

The report, which includes a two-year, $70 million report to move on.

The report, which includes comments submitted by figures in the probe, documents on nothing as it figures in the probe, including the Lewinsky affair.

▶ Lewinsky, whose immunity deal prohibited her from talking about the investigation ...

### Affair: President Clinton and then-intern Monica Lewinsky at the White House on Nov. 17, 1995. Their relationship, which Clinton denied in sworn statements, led to his impeachment trial.

peachment by the House and acquittal in the Senate.

David Kendall, Clinton's lawyer, issued a statement calling the report "an obsessive focus on one particular sex act," and said "Ray's journey through the personal details of two adults' private lives" was the result of a one-way serving arrangement rather than a search for truth.

When FBI agents and Starr's prosecutors first questioned her in a Virginia hotel room in January 1998, Lewinsky gave details of the media, Ray says the investigation to be caught in "the erroneous impression that the relationship had been a one-way serving arrangement rather than a search for truth.

▶ Despite allegations from Clinton's camp that the politically-backed independent counsel's office illegally leaked details of the investigation to the media, Ray says there was never enough to allow for a prosecution. Kendall says "were disappointed to strongly and will voice threats."

She complains that FBI reports written during the investigation ...

until January 2001 unleashes a blast of criticism at investigators and Tripp. In a response she wrote herself, she calls the pression that the relationship had been a one-way serving arrangement rather than a search for truth.

Starr "was never exonerated in connection with these leaks."

▶ The report reveals that Kathleen Willey, a former White House volunteer, said Clinton had groped her. "gave false information to the FBI after being granted immunity. Willey had said that she was pressured by Clinton allies to recant her accusations, and her testimony, Willey criticized the independent counsel for "inexplicably" casting a shadow over her credibility.

In August that the wide-ranging investigations of Clinton and Hillary Rodham Clinton, which began in 1994, were over. The inquiries cost about $70 million and also looked into the travel-office firings, the suicide of White House lawyer Vince Foster and the firings of White House travel office employees. The final chapter, expected to be made public late this month.

And moved from pricey quarters in Arlington, Va. He is considering running as a Republican against Sen. Robert Torricelli, D-N.J., in November.

---

## Senators rap Army secretary for Enron holdings

By Laurence McQuillan
USA TODAY

WASHINGTON — A Senate committee issued a stinging rebuke of Army Secretary Thomas White on Wednesday for failing to divest himself of all his Enron holdings, as he had claimed.

White says he divested himself of all Enron stock until he became Army secretary last May. He told Congress as recently as last month that he had set up a retirement annuity of $689 a month paid by Enron.

The lawmakers released a copy of a letter they sent to White promising to refer him to the Office of Government Ethics, if he did not "come into full compliance with the ethics agreement."

On Wednesday, White sent a new letter that said, "My only ambition through this entire process has been to comply with the intent of the committee."

Sen. Carl Levin and Sen. John Warner said they have "no reason to believe" that White took any improper actions that benefited from investments in the Houston-based company's collapse. He said he sold 405,710 of the Enron shares he held directly and received $12.1 million. He did not exercise his stock options, which expired Oct. 23. White has said ...