UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,
   Plaintiff,

                Case No. 1:05CV01878

                Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
                        /

                                    JURY DEMAND

                          CLAIM EXCEEDS $ 50,000.

### PLAINTIFF'S ANSWER TO CLERK'S SUGGESTION OF HEARING BY MAGISTRATE.

1. NOW COMES, Plaintiff, John Vincent Hyland, Jr., and in RESPONSE to this court's clerk of HEARING BY MAGISTRATE, plaintiff respectfully DECLINES.

2. The CIVIL COMPLAINT clearly DEMANDS a JURY TRIAL and DAMAGES in excess of $50,000.00

3. Again, Plaintiff respectfully declines hearing by magistrate.

September 30, 2005
                                      Respectfully submitted,

                                      */s/ John Vincent Hyland, Jr.*
                                      John Vincent Hyland, Jr.
                                           Plaintiff, pro per
                                               # 228879
                                   Parnall Correctional Facility
                                          1790 Parnall
                                          Jacksonl, MI. 49201

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,
   Plaintiff,

Case No. 1:05CV01878

Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

PROOF OF SERVICE

NOW COMES, Plaintiff, John Vincent Hyland, Jr., pro per, and swears under penalty of perjury that he placed the following in this prison's mail box at 1800 hours on September 30, 2005.

   PLAINTIFF'S ANSWER TO CLERK'S
   SUGGESTION OF HEARING BY MAGISTRATE.

   TO:

   1. Two copies to Clerk, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, and prepaid FIRST CLASS POSTAGE affixed.

   2. One copy to: U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001.

   3. One copy to: U.S. Attorney General, Department of Justice, 650 Pennsylvania Ave., NW, Washington, D.C. 20530.

September 30, 2005

Respectfully submitted,
John Vincent Hyland, Jr.,
Plaintiff, pro per
# 228879
Parnall Correctional Facility