UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,                    Case No. 1:05CV01878
   Plaintiff,

                                    Honorable: JUDGE: Reggie B. Walton

-vs-


President George Bush
   Defendant.
_____/

                                              JURY DEMAND


                                     CLAIM EXCEEDS $ 50,000.


PLAINTIFF'S MOTION TO:
SET-ASIDE
CLERK'S ORDER FOR DEFENDANTS TO REPLY
WITHIN 60 DAYS.
AFTER SERVICE OF SUMMONS.


October 7, 2005                           Respectfully submitted,

                                          John Vincent Hyland, Jr.,
                                              Plaintiff, pro per
                                                       # 228879
                                        Parnall Correctional Facility
                                                    1790 Parnall
                                              Jackson, MI 49201

PLAINTIFF'S OBJECTION
TO CLERK'S NOTICE TO DEFENDANTS
TO REPLY WITHIN "60" DAYS.

NOW COMES, Plaintiff, John Vincent Hyland, Jr., pro se, and OBJECTS to this court's clerk allowance to defendants to reply within "60" days to the summons and complaint.

Re: Federal Civil Judicial Procedures and Rules, Title 28 - JUDICIARY AND JUDICIAL PROCEDURE, infra.

1. Plaintiff requests this court to <u>forthwith</u> file NOTICE to defendants that they have "20 days to reply to summons and complaint".

2. Rule 12(a)(1)(A) states:

"Unless a different time is prescribed in a statute of the United States, a defendant <u>shall</u> serve an answer
(A) within 20 days after being served with the summons and complaint, or
(B) if service of the summons has been timely waived on <u>request</u> under rule 4(d) within 60 days after the date when the request for waiver was sent,... (emphasis added)

3. Plaintiff requests this court to ORDER that defendants reply within 20 days of September 22, 2005, which is the date that Clerk of this Court dated the "SUMMONS IN A CIVIL CASE"

4. Plaintiff alleges that this civil complaint should not be allowed to go "stale."

5. If this court DENIES plaintiff's herein motion then this is also a request for "CERTIFICATION" for appeal direct from that order and that order if it is coming should be made to do so forthwith.

6. This court should be pleased that someone would challenge the <u>"audacity"</u> of the President to knowingly, willfully, feloneously, disobey the United States Constitution, Article II, Section 2., clause[2] :

1

"and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, <u>Judges</u> of the Supreme Court,"...

7. NO PLACE, does the Constitution permit the President to appoint a "CHIEF JUSTICE" to the Supreme Court.

8. See Complaint filed pro se in this docket.

October 7, 2005                                      Respectfully submitted,

                                                     John Vincent Hyland Jr.,

2

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,  Case No. 1:05CV01878
   Plaintiff,

                                 Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

                                                    JURY DEMAND

                                         CLAIM EXCEEDS $ 50,000.

### PROOF OF SERVICE

NOW COMES, Plaintiff, pro se, John Vincent Hyland, Jr., and swears under penalty of perjury that he placed the following in the mail with first class postage attached, October 10, 2005.

1. Two copies to: CLERK, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W. Washington, D.C. 20001.

2. One copy to each of:
U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001
and
   U.S. Attorney General, D.O.J. 650 Pennsylvania Ave. NW, Washington, D.C. 20530.

On October 10, 2005

                                                   Respectfully submitted,

                                                   John Vincent Hyland, Jr.,
                                                       Plaintiff, pro per
                                                           # 228879
                                                   Parnall Correctional
                                                         1790 Parnall
                                                    Jackson, MI 49201