Clerk                                          October 25, 2005
U.S. District Court
333 Constitution Ave., NW
Washington, D.C. 20001

    Re: John Vincent Hyland, Jr., v. Pres. George Bush
    Docket: 1:05CV01878

Enclosed:

    1. Certified Mail Receipts and Summons forms and COPY OF:
EXPEDITED LEGAL MAIL with registration number to each.

    2. President George Bush, Article Number 0014 3827 5846,
Date of Delivery: OCT 18, 2005, received at:
    "THE WHITE HOUSE OFFICE
    WASHINGTON, D.C. 20500
Date of Deliver: OCT 18, 2005,

    3. U.S. Attorney, Article Number 0014 3827 5839
Date of Deliver: OCT 12, 2005,

Received by Plaintiff at 1700 hours, October 24, 2005.

    3. Mailed to DEFENDANTS:

President George Bush,
U.S. Attorney,
U.S. Attorney General, Department of Justice.

                                  Respectfully submitted,
                                  John V. Hyland, Jr.,
                                  Plaintiff, pro se
                                  228879
                              Parnall Correctional
                                1790 Parnall
                            Jackson, MI 49201

Encl:
    "GREEN CARDS" "DOMESTIC RETURN RECEIPT"
    U.S. ATTORNEY GENERAL, DEPARTMENT OF JUSTICE
and
    PRESIDENT GEORGE BUSH, WHITE HOUSE.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN V. HYLAND, JR.

V.

PRESIDENT GEORGE BUSH

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV01878

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 09/__/2005

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

PRO SE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' ▓▓▓▓ (name and address)

JOHN V. HYLAND, JR.
#228979
PARNALL CORRECTIONAL FACILITY
1790 PARNALL
JACKSON, MI. 49201

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 SEP 22 2005
CLERK                                       DATE

_/s/ (signature)_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: October 12, 2005 |
| NAME OF SERVER (PRINT): John Vincent Hyland, Jr., | TITLE: Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VIA U.S. POSTAL CERTIFIED MAIL DOMESTIC RETURN RECEIPT ATTACHED.
SIGNED BY: PAILES

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 24, 2005
Date

Signature of Server: John Vincent Hyland, Jr.,
Parnall Correctional
1790 Parnall
Address of Server
Jackson, MI 49201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

John V. Hyland, Jr.

V.

President George Bush

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:05CV01878

JUDGE: Reggie B. Walton

CASE    DECK TYPE: Pro se General Civil

DATE STAMP: 09/22/2005

TO: (Name and address of Defendant)

President Geo

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ▮▮▮▮▮ (name and address)   PRO SE

John V. Hyland, Jr.
#228979
Parnall Correctional Facility
1790 Parnall
Jackson, MI. 49201

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          SEP 2 2 2005
CLERK                                DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE October 18, 2005 |
|---|---|
| NAME OF SERVER (PRINT) John Vincent Hyland, Jr., | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED VIA U.S. POSTAL CERTIFIED MAIL DOMESTIC RETURN RECEIPT ATTACHED. THE WHITE HOUSE OFFICE WASHINGTON, D.C. 20500

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 24, 2005
Date

Signature of Server: John Vincent Hyland, Jr.
Plaintiff

Address of Server:
Parnall Correctional
1790 Parnall
Jackson, MI 49201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PRESIDENT GEO W BUSH
   WHITE HOUSE
   1600 Pennsylvania Ave NW
   Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
B. Received by (Printed Name): [illegible]
C. Date of Delivery: OCT 12 2005
D. Is delivery address different from item 1? ☐ Yes ☐ No
   THE WHITE HOUSE OFFICE
   WASHINGTON, D.C. 20500

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 0014 3827 1158 46
Received October 24, 2005 [initials]

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Department of Justice
   650 Pennsylvania Ave NW
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
B. Received by (Printed Name): [illegible]
C. Date of Delivery: OCT 12 2005
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 0014 3827 5839 [initials]
Received October 24, 2005 [initials]

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540