UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,
   Plaintiff,

Case No. 1:05CV01878

Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

CIVIL COMPLAINT

PLAINTIFF'S MOTION TO APPOINT MAGISTRATE.

November 17, 2005

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro per

1. Plaintiff, John Vincent Hyland, Jr., in consideration of the consequences of this challenge of APPOINTMENT of a "CHIEF JUDGE" by <u>anyone</u> other than which is provided for in Title 28, SUPREME COURT RULES that was cited and EXHIBITED in the CIVIL COMPLAINT.

<u>REQUESTS:</u>

2. Plaintiff requests the MAGISTRATE to <u>expedite</u>.

3. Plaintiff herewith requests the MAGISTRATE to issue an ORDER OF APPEALABILITY if the finding of law and articulation disfavors plaintiff's CIVIL COMPLAINT that,:

whereas President George Bush failed to possess <u>LAWFUL JURISDICTION</u> to <u>APPOINT A "CHIEF JUSTICE OF THE UNITED STATES SUPREME COURT."</u>

4. And further stated that the appointed CHIEF JUSTICE is without lawful authority and, therefore, any and all legal documents signed by him are void ab initio for want of lawful "CHIEF JUSTICE" orders and/or opinions, published or not published.

5. Pursuant to TITLE 28, RULES OF CIVIL PROCEDURE, SPECIAL PROCEEDINGS, Rule 72(a) Nondispositive Matters.

(a) Nondispositive Matters. ...shall promptly conduct such proceedings as are required and when appropriate enter into the record a written order setting forth the disposition of the matter. Within 10 days after being served with a copy of the magistrate order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made. The district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law.

6. Plaintiff's argument and meritorious CAUSE OF ACTION is based upon the SUPREME COURT, 28 S 3. Vacancy in office of Chief Justice, disability

"Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified."

S 4. Precedence of associate justices
Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age."

## CONCLUSION

7. Plaintiff alleges that the MAGISTRATE will expeditiously review the CIVIL COMPLAINT and find in FAVOR of Plaintiff.

8. Such "finding" by the Magistrate would cause the DEFENDANT and legal staff to forthwith APPEAL and that would save "scarce resources" of pro per Plaintiff in his response to the LEGAL STAFF'S defense on behalf of Defendant President George Bush.

## RELIEF REQUESTED

9. FINDINGS OF FACT and of law by the MAGISTRATE of this Honorable District Court of the District of Columbia, expeditiously.

November 17, 2005

Respectfully submitted
John Vincent Hyland, Jr.
Plaintiff, pro se

EXHIBIT

Federal Rules Civil Proceure, Title 28,

SUPREME COURT

Chapter 1. Section 3.

Vacancy in office of Chief Justice; disability
"Whenever the Chief Justice is unable to perform
the duties of his office or the office is vacant, his
powers and duties shall devolve upon the associate
justice next in precedence who is able to act, until
such disability is removed or another Chief Justice is
appointed and duly qualified."


§ 4. Precedence of associate justices.
Associate justices shall have precedence according
to the seniority of their commissions. Justices whose
commissions bear the same date shall have prece-
dence according to seniority in age."

Plaintiff's POINT"

Appointing a "CHIEF JUSTICE" is the "jurisdiction" and

"duty" of the presiding justices of the Supreme Court.

President George Bush is without **jurisdiction** to appoint a CHIEF JUSTICE.


THEREFORE, alleges plaintiff, pro se, John Vincent Hyland, Jr.,:

Appointment of a Chief Justice by Defendant President of the United States, George Bush, is without lawful jurisdiction and:

OFFENDS:

Federal Civil Judicial

Procedure and Rules

Title 28 - Judiciary and Judicial Procedure.

supra.

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,             Case No. 1:05CV01878
   Plaintiff,

                        Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
                              /

PROOF OF SERVICE

1. NOW COMES, Plaintiff, John V. Hyland, Jr., pro se, and swears under penalty of perjury that on November 18, 2005, he filed:

PLAINTIFF'S MOTION TO APPOINT MAGISTRATE,

upon:

     U.S. District Court, District of Columbia, four copies.

     President George Bush, Defendant.

     U.S. Attorney, Washington D. C., for defendant.

     U.S. Attorney General, Washington, D.C., for defendant.


November 18, 2005                                 Respectfully submitted,

                                                               John V. Hyland, Jr.,
                                                               Plaintiff, pro se