UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,
   Plaintiff,

Case No. 1:05CV01878

Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

RECEIVED
DEC 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

CIVIL COMPLAINT

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT.

December 19, 2005

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro per

PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT

NOW COMES, Plaintiff, John Vincent Hyland, Jr., pro se, and requests this Honorable Court to ENTER:

DEFAULT JUDGMENT.

FOURTEENTH AMENDMENT - i.e. "EQUAL APPLICATION OF THE LAWS."

TITLE 28 -- JUDICIARY AND JUDICIAL PROCEDURE, Rule 55, Default (a) Entry. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Emphasis added.

On October 25, 2005, Plaintiff submitted to this Court via EXPEDITED LEGAL MAIL: A letter of transmittal and the "CERTIFIED MAIL RECEIPTS" of:

1. Defendant, President George Bush was serviced October 18, 2005.

2. U.S. Attorney, was serviced October 12, 2005.

3. U.S. Attorney General was serviced October 12, 2005.

4. Plaintiff swears, under penalty of perjury, that there is NO RESPONSE to any of the above SERVICE OF COMPLAINTS.

5. THEREFORE, alleges pro se Plaintiff, this Court is bound under the RULES OF CIVIL PROCEDURE, to ENTER DEFAULT JUDGMENT for the RELIEF REQUESTED in the pro se COMPLAINT Case No. 1:05CV01878, Honorable Judge Reggie B. Walton assigned.

Exhibited herein are copies of the PS Form 3811 REGISTERED RETURN RECEIPT to the defendant and legal staffs which were remitted to this Court October 25, 2005.

BRIEF IN SUPPORT: See: Authority: TITLE 28, Rule 55, supra.

December 19, 2005

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro se
# 228879
Parnall Correctional
1790 Parnall, Jackson, MI 49201

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE October 21, 2005 |
| NAME OF SERVER (PRINT) John Vincent Hyland, Jr., | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VIA U.S. POSTAL CERTIFIED MAIL. DOMESTIC RETURN RECEIPT ATTACHED. SIGNED BY: S. ROBINSON.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    October 21, 2005
             *Date*

*Signature of Server* John Vincent Hyland, Jr. Plaintiff.
*Address of Server*
Parnall Correctional
1790 Parnall
Jackson, MI 49201

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. ATTORNEY
501 3rd STREET NW
WASHINGTON, D.C. 2001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
S. ROBINSON    10/12/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 001411 3827 1451085

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE October 12, 2005 |
| NAME OF SERVER (PRINT) John Vincent Hyland, Jr., | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VIA U.S. POSTAL CERTIFIED MAIL DOMESTIC RETURN RECEIPT ATTACHED. SIGNED BY: PAILES

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 24, 2005
                   Date

Signature of Server: John Vincent Hyland, Jr.,

Address of Server:
Parnall Correctional
1790 Parnall
Jackson, MI 49201

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY GENERAL
DEPARTMENT JUSTICE
650 PENNSYLVANIA AVE NW
WASHINGTON, D.C.
20530

2. Article Number (Transfer from service label): 0014 3827 5839

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

[signature] Pailes
OCT 12 2005

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 18, 2005 |
| NAME OF SERVER (PRINT) John Vincent Hyland, Jr., | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VIA U.S. POSTAL CERTIFIED MAIL DOMESTIC RETURN RECEIPT ATTACHED.
THE WHITE HOUSE OFFICE WASHINGTON, D.C. 20500

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 24, 2005
Date

Signature of Server: John Vincent Hyland, Jr.,
Plaintiff
Parnall Correctional
1790 Parnall
Address of Server
MI 49201

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
PRESIDENT GEORGE BUSH
WHITE HOUSE
1600 PENNSYLVANIA
WASHINGTON DC 20500

COMPLETE THIS SECTION ON DELIVERY
THE WHITE HOUSE OFFICE
WASHINGTON, D.C. 20500
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery OCT 18 2005
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Service Type:
☐ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.