Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John Vincent Hyland Jr.,

_____
          Plaintiff(s)

V.

Civil Action No. 05-1878 RBW

George Bush

_____
          Defendant(s)

RE:  GEORGE BUSH

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on     10/18/05    , and an affidavit on behalf of the plaintiff having been filed, it is this _28_ day of _December_, 2005 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/ Tawana Davis_____
           Deputy Clerk