UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,
  Plaintiff,

Case No. 1:05CV01878

Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
  Defendant.
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

CIVIL COMPLAINT

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT.

December 19, 2005

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro per

PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT

NOW COMES, Plaintiff, John Vincent Hyland, Jr., pro se, and requests this Honorable Court to ENTER:

DEFAULT JUDGMENT.

FOURTEENTH AMENDMENT - i.e. "EQUAL APPLICATION OF THE LAWS."

TITLE 28 -- JUDICIARY AND JUDICIAL PROCEDURE, Rule 55, Default (a) Entry. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Emphasis added.

On October 25, 2005, Plaintiff submitted to this Court via EXPEDITED LEGAL MAIL: A letter of transmittal and the "CERTIFIED MAIL RECEIPTS" of:

1. Defendant, President George Bush was serviced October 18, 2005.

2. U.S. Attorney, was serviced October 12, 2005.

3. U.S. Attorney General was serviced October 12, 2005.

4. Plaintiff swears, under penalty of perjury, that there is NO RESPONSE to any of the above SERVICE OF COMPLAINTS.

5. THEREFORE, alleges pro se Plaintiff, this Court is bound under the RULES OF CIVIL PROCEDURE, to ENTER DEFAULT JUDGMENT for the RELIEF REQUESTED in the pro se COMPLAINT Case No. 1:05CV01878, Honorable Judge Reggie B. Walton assigned.

Exhibited herein are copies of the PS Form 3811 REGISTERED RETURN RECEIPT to the defendant and legal staffs which were remitted to this Court October 25, 2005.

BRIEF IN SUPPORT: See: Authority: TITLE 28, Rule 55, supra.

December 19, 2005

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro se
# 228879
Parnall Correctional
1790 Parnall, Jackson, MI 49201

MICHIGAN DEPARTMENT OF CORRECTIONS
DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER)

4835-3318 5/02
CSJ-318

Please PRINT clearly illegible and/or incomplete forms will not be processed.

7-Bed                          PARNALL

Lock                          Institution

228879          John Hyland

Prisoner Number     Prisoner Name (Print Clearly)

☑ Legal Postage      ☐ Filing Fee  $              ☑ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case          ☑ Case Number  1:05-CV- 1878

Pay To:  POSTAGE- CERTIFIED MAIL

Mailing Address:  PRESIDENT GEORGE Bush
WHITE HOUSE
1600 PENNSYLVANIA AVE NW
WASHINGTON DC 20001

The following section must be completed in Authorizing Staff Member's presence.

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0014 3827 5846

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Date & Time Submitted:  9-29-05  1500

Staff Signature:  (PARNALL)

Received by Authorizing Staff:  09/29/05  1510 Hr

r Number: 7000 0520 0014 3827 5846

g fee as identified in CFA OP 05.03.118.

☐ New case or case number not on form.

Recipient's Name (Please Print Clearly) (To be completed by mailer)
PRESIDENT GEORGE Bush
Street, Apt. No.; or PO Box No.  WHITE HOUSE
1600 PENNSYLVANIA AVE, N.W.
City, State, ZIP+ 4
WASHINGTON D.C. 20001

PS Form 3800, February 2000      See Reverse for Instructions

ed mail.

☐ Other

presence.

be completed by Mail Room Staff

Placed in Mail by (Print Name & Title):  J Eberly

Signature:  J Eberly

Postage Amount: $ 5.34   Date & Time Placed in Outgoing Mail  10/3/5   10:10

Cort.

Only Business Office Staff Are to Write in the Section Below

| Obligation Amount | | Actual Expense | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | 5-4 | |

☐ Court Filing Fee Denied due to NSF.

Date Posted:  10-5-05

Date & Time Copy Sent to Prisoner:  10 5 05 10 30

Processed By (Print Name & Title):  J. Knickerbocker  Acct. Asst. E-8

Signature:  S Knickerbocker

MICHIGAN DEPARTMENT OF CORRECTIONS

**DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER)**

4835-3318 5/02
CSJ-318

**Please PRINT clearly illegible and/or incomplete forms will not be processed.**

7-B-210                              PARNALL
_____                      _____
Lock                                Institution

| 228879 | John Hyland |
|--------|-------------|
| Prisoner Number | Prisoner Name (Print Clearly) |

☑ Legal Postage      ☐ Filing Fee  $ _____      ☑ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case           ☑ Case Number  1:05 CV 1878

Pay To: POSTAGE - CERTIFIED MAIL

Mailing Address: U.S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
650 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C. 20530

**The following section must be completed in Authorizing Staff Member's presence.**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Date & Time Submitted: 9-24-05  1:00

Staff Signature: _____

Received by Authorizing Staff: 09/29/05  1:00 PM

...ER: 7000 0520 0014 3827 5839

...ee as identified in CFA OP 05.03.118.

| | |
|--|--|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

☐ New case or case number not on form.

☐ Other _____

Recipient's Name (Please Print Clearly) (To be completed by mailer)
U.S. ATTORNEY GENERAL DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.
650 PENNSYLVANIA AVE., N.W.
City, State, ZIP + 4
WASHINGTON D.C. 20530

PS Form 3800, February 2000     See Reverse for Instructions

**Completed by Mail Room Staff**

Placed in Mail by (Print Name & Title): S. Eberly     Signature: J. Eberly

Postage Amount: $ 5.34    Date & Time Placed in Outgoing Mail: 10/3/5  10.00

**Only Business Office Staff Are to Write in the Section Below**

| Obligation Amount | | Actual Expense | |
|---|---|---|---|
| | | | |
| | | | |
| | | 5 34 | |

☐ Court Filing Fee Denied due to NSF.

Date Posted: 10 5 05

Date & Time Copy Sent to Prisoner: 10 5 05  10:30

Processed By (Print Name & Title): Knickerbocker Acct. Asst. E-8

Signature: S Knickerbocker

7000 0520 0014 3827 5839

MICHIGAN DEPARTMENT OF CORRECTIONS
DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER)

4835-3318 5/02
CSJ-318

Please PRINT clearly illegible and/or incomplete forms will not be processed.

7-B-10                          PARNALL
Lock                            Institution

22884        JOHN Hyland
Prisoner Number        Prisoner Name (Print Clearly)

☑ Legal Postage        ☐ Filing Fee  $ _____        ☑ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case        ☑ Case Number   1:05-CV-1878

Pay To:  POSTAGE - CERTIFIED MAIL

Mailing Address:  U.S. ATTORNEY
501 3rd STREET NW
WASHINGTON D.C. 20001

The following section must be completed in Authorizing Staff Member's presence.

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
U.S. ATTORNEY
Street, Apt. No.; or PO Box No.
501 3rd STREET NW
City, State, ZIP+ 4
WASHINGTON D.C. 20001
PS Form 3800, February 2000    See Reverse for Instructions

Date & Time Submitted:  9-29-05 1:50

Staff Signature: _____

Received by Authorizing Staff:  09/29/05   1:50 PM

Number:  7000 0520 0014 3827 5785

as identified in CFA OP 05.03.118.

☐ New case or case number not on form.

☐ Other _____

mail.

ence.

completed by Mail Room Staff

Placed in Mail by (Print Name & Title):  J Eberly        Signature:  J Eberly

Postage Amount:  $ 5.34   Date & Time Placed in Outgoing Mail:  10/3/5   10:00

Cert.

Only Business Office Staff Are to Write in the Section Below

| Obligation Amount | | Actual Expense | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | 5.34 | |

☐ Court Filing Fee Denied due to NSF.

Date Posted:  10.5.05

Date & Time Copy Sent to Prisoner:  10 5 05 1030

Processed By (Print Name & Title):  S. Knickerbocker   Acct. Asst. E-8        Signature:  SKnickerbocker

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE October 21, 2005 |
|---|---|
| NAME OF SERVER (PRINT) John Vincent Hyland, Jr., | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☒ Other (specify): _____ SERVED VIA U.S. POSTAL CERTIFIED MAIL.
DOMESTIC RETURN RECEIPT ATTACHED.
SIGNED BY: S. ROBINSON.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___October 21, 2005___          _John Vincent Hyland, Jr._
              Date                         Signature of Server  Plaintiff.
                                           Parnall Correctional
                                           1790 Parnall
                                           _____
                                           Address of Server
                                           Jackson, MI 49201

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) S. Robinson  C. Date of Delivery 10/12/05 |
| 1. Article Addressed to:<br><br>U.S. ATTORNEY<br>501 3rd STREET, NW<br>WASHINGTON D.C. 2001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) 7000 1670 1382 ? ? ? ? ? | |

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE October 12, 2005 |
| NAME OF SERVER (PRINT)<br>John Vincent Hyland, Jr., | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):   SERVED VIA U.S. POSTAL CERTIFIED MAIL
DOMESTIC RETURN RECEIPT ATTACHED.
SIGNED BY:  PAILES

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___October 24, 2005___        *John Vincent Hyland, Jr.,*
            Date                                   *Signature of Server*
                                 Parnall Correctional
                                 1790 Parnall
                                 *Address of Server*
                                 Jackson, MI 49201

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X     ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Attorney General<br>Department Justice<br>650 Pennsylvania Ave NW<br>Washington, D.C.<br>20530 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>OC OCT 1 2 2005 |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  0014 3827 5839 | |

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE October 18, 2005 |
|---|---|
| NAME OF SERVER (PRINT) John Vincent Hyland, Jr., | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VIA U.S. POSTAL CERTIFIED MAIL, DOMESTIC RETURN RECEIPT ATTACHED.
THE WHITE HOUSE OFFICE WASHINGTON, D.C. 20500

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 24, 2005
Date

John Vincent Hyland, Jr.,
Signature of Server  Plaintiff
Parnall Correctional
1790 Parnall
Address of Server  I 49201

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
PRESIDENT GEORGE BUSH
WHITE HOUSE

COMPLETE THIS SECTION ON DELIVERY
THE WHITE HOUSE OFFICE WASHINGTON, D.C. 20500
B. Received by (Printed Name)  C. Date of Delivery OCT 18 2005
D. Is delivery address different from item 1? ☐ Yes ☐ No

# AFFIDAVIT

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,                           Case No. 1:05CV01878
  Plaintiff,

                                Honorable: JUDGE: Reggie B. Walton

-vs-


President George Bush
  Defendant.
_____/

                                           JURY DEMAND


                                CLAIM EXCEEDS $ 50,000.


JOHN V. HYLAND, JR.,
# 228879
PARNALL CORRECTIONAL FACILITY
1790 PARNALL, JACKSON, MI 49201

STATE OF MICHIGAN)
              )     AFFIDAVIT OF JOHN V. HYLAND, JR.,
COUNTY OF JACKSON)

I, JOHN V. HYLAND, JR., BEING FIRST DULY SWORN, DOES SAY THE FOLLOWING UNDER OATH:

    1. I am the affiant in this matter of John Vincent Hyland, Jr., -v- President George Bush.
    2. I make this affidavit in support of my MOTION FOR ENTRY OF DEFAULT JUDGMENT pursuant to Title 28, Judiciary and Judicial Procedure, Rule 55, Default.

    3. I swear that the facts stated by me are true based on my personal knowledge and that the facts stated on information and belief are true to the best of my knowledge and belief.
    4. I bring this affidavit in good faith believing I am entitled to the relief requested.

-1-

5. If sworn as a witness, I can testify competently to the facts stated herein, and I swear I am over 21 years of age.

6. On September 16, 2005, I prepared and mailed a CIVIL COMPLAINT to this United States District Court, District of Columbia, Washington, D.C. and was docketed 1:05CV01878, Judge Reggie B. Walton, Deck Type: Pro se General Civil, Date Stamp 09/22/2005. Exhibit SUMMONS IN A CIVIL CASE.

7. Clerk of this Court, NANCY M. MAYERWITTINGTON, signatured, and dated the SUMMONS September 22, 2005, with standard instruction the defendant and defendant's counsel MUST reply: "within 60 days after service of this summons on you, exclusive of day of service."

8. On October 25, 2005, Plaintiff mailed to Clerk of this Court the transmittal of "Certified Mail Receipts and Summons forms and COPY OF: EXPEDITED LEGAL MAIL with registration number to each." (Exhibit attached)

9. Defendant President George Bush, Article Number 0014 3827 5846, Date of Delivery: OCT 18, 2005, received at:
   "THE WHITE HOUSE OFFICE
   WASHINGTON, DC. 20500
Date of Deliver: OCT 18, 2005.
and:
   U.S. ATTORNEY, Article Number 0014 3827 5839, Date of Deliver: OCT 12, 2005,
mailed to defendants: PRESIDENT GEORGE BUSH, U.S ATTORNEY, U.S. ATTORNEY GENERAL, DEPARTMENT OF JUSTICE."
Encl: "GREEN CARDS" "DOMESTIC RETURN RECEIPT", U.S. ATTORNEY GENERAL, DEPARTMENT OF JUSTICE,
and
   PRESIDENT GEORGE BUSH, WHITE HOUSE.

10. Copy attached herein of "EXPEDITED LEGAL MAIL - PRISONER and "CERTIFIED MAIL RECEIPT" delivered to:
   President George Bush, WHITE HOUSE, 1600 Pennsylvania Ave., NW, Washington, D.C. 20001.
   U.S. Attorney, 501 3rd Street, NW, Washington, D.C 20001.
   U.S. Attorney General, DOJ, 650 Pennsylvania, Washington, DC 20530.

11. Affiant, Plaintiff, John V. Hyland, Jr., swears under penalty of perjury that there is NO RESPONSE from any of the three listed above who were SERVED DUE PROCESS as indicated and as FILED with the Clerk of this Court as RETURN OF SERVICE, October 24, 2005.

12. Plaintiff mailed "EXPEDITED LEGAL MAIL" to this Court a two page:
   "CIVIL COMPLAINT PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT."
dated December 19, 2005, and received the RECEIPTED LEGAL MAIL DISBURSEMENT on December 21, 2005.

13. The CAUSES OF ACTION in this case at bar is that the President of the United States does NOT have legal authority to APPOINT A CHIEF JUSTICE of the Supreme Court.

14. Pursuant to United States Constitution, Article II, § 2, Clause 2, the President of the United States has Constitutional power to appoint "Judges of the Supreme Court. (Exhibit)

15. Federal Rules of Civil Procedure, Title 28, Chapter 1, Section 3., only the Supreme Court Justices have the legal authority to APPOINT "another Chief Justice."

16. WHEREAS defendant President George Bush overstepped his Constitutional Power by appointing a specific "CHIEF JUSTICE" therein is VIOLATION OF UNITED STATES CONSTITUION and Title 28, Federal Rules of Civil Procedure, Chapter 1, Section 3 and § 4. (EXHIBIT)

17. The HARM being caused by the appointment of a "CHIEF JUSTICE" by the President of the United States is the appointment is UNLAWFUL and violated Title 28, supra, Chapter 1, Section 3 and section 4.

18. ALL ORDERS signed by the appointed Chief Justice, whose appointment is contrary to ESTABLISHED CONSTITUTIONAL LAW and Rules of the Supreme Court, are VOIDABLE for want of lawful jurisdiction.

19. The fact that Defendant and defendant's appointed counselors have FAILED to RESPOND TO SUMMONS and COMPLAINT establishes that Defendant and counselors are "FRAUDS" and defy the law just as an ORDINARY CROOKED COP or crooked PRESIDENT defies the CONSTITUTION.
SEE: Item 14, supra.


I, John V. Hyland, Jr., Affiant herein, being first duly sworn, hereby AFFIRM the above affidavit to be true based on my personal knowledge, and that the facts stated on information and belief are true to the best of my knowledge and belief. And that I am over age 21.

I bring this affidavit in good faith believing I am entitled to the relief sought and if sworn as a witness I can testify competently to the facts stated herein by me herewith.


DATED __28__ day of December, 2005

NOTARY:

NOTARY SEAL:

John Vincent Hyland, Jr.,
Parnall Correctional
1790 Parnall, Jackson, MI 49201

JAMES E. GERRY
NOTARY PUBLIC JACKSON CO., MI
MY COMMISSION EXPIRES Nov 19, 2007

-3-

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

_____

John Vincent Hyland, Jr.,                         Case No. 1:05CV01878
Plaintiff,

                                       Honorable: JUDGE: Reggie B. Walton

-vs-


President George Bush
Defendant.
_____/


PROOF OF SERVICE

    NOW COMES, Plaintiff, pro se, John Vincent Hyland, Jr, and swears under penalty of perjury that he placed the following in the mail with first class postage attached, December__, 2005.

    1. Two copies to: CLERK, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W. Washington, D.C. 20001.

    2. One copy to each of:

    President George Bush, WHITE HOUSE OFFICE, Washington, D.C. 20500.

    U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001.

    U.S. Attorney General, DOJ, 650 Pennsylvania Ave., NW, Washington, D.C. 20530


December   , 2005                          Respectfully submitted,



                                          John Vincent Hyland, Jr.,
                                              Plaintiff, pro se
                                                  # 228879
                                          Parnall Correctional
                                    1790 Parnall, Jackson, MI 49201