UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN HYLAND, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 05-1878 (RBW) |
| GEORGE BUSH, | ) |
|       Defendant. | ) |

## ORDER

This matter comes before the Court on defendant's motion to vacate default judgment and motion for leave to file motion to dismiss. After considering the relevant pleadings, applicable law, and the record herein, it is hereby

ORDERED that defendant's motion to vacate default judgment is GRANTED.

It is further ORDERED that defendant's motion for leave to file motion to dismiss is GRANTED.

_____
United States District Judge

Copies to:

John F. Henault
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

John Hyland, Jr.
#228879
Parnall Correctional Facility
1790 Parnall
Jackson, MI 49201