UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN HYLAND, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GEORGE BUSH, )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 05-1878 (RBW) |

## DECLARATION OF SHAUNA ROBINSON

I, Shauna Robinson do hereby depose and state that:

1. I am the Mail Room Supervisor for the United States Attorney's Office for the District of Columbia ("U.S. Attorney's Office"). I have held this position for the past sixteen years.

2. I am authorized to sign the certified mail receipts that are affixed to certified mail delivered to the U.S. Attorney's Office through the U.S. mail system.

3. I understand that on January 6, 2006, the Civil Division of the U.S. Attorney's Office for the District of Columbia received a copy of plaintiff's affidavit of proof of service which was filed in relation to his motion for default judgment. Attached to this affidavit was a copy of the green card, Article Number 7000 0520 0014 3827 5785, signed by "S. Robinson" on October 12, 2005.

4. On January 9, 2006 I was contacted by Lead Paralegal Specialist Charice Dickey in regards to this case. Ms. Dickey indicated that the documents included in the October 12, 2005 delivery were never forwarded to the Civil Division. I verified that "S. Robinson" was my signature.



5. It is my normal procedure to sign the certified mail "green card" presented by the U.S. Postal carrier and then give the letter or package to the mail room clerk for entry into a tracking book and for subsequent delivery to the correct office. Items are entered into the book via the Article Number on the certified mail green card. The number on the green card was listed as Article Number 7000 0520 0014 3827 5785. The mail room clerk who was assigned to this task during the month of October is no longer employed by the U.S. Attorney's Office.

6. On January 9, 2005, I reviewed the clerk's tracking book and located the entry recorded on October 12, 2005. The entry indicated that the package was delivered to the Executive Office for the U.S. Attorney, also known as the "Front Office", on the fifth floor of the building located at 555 Fourth Street, N.W. See Attachment A. The package was accepted by Michelle McIver who placed it in the office mail inbox. The package was then allegedly logged in by a student intern who is no longer working at the U.S. Attorney's Office. To my knowledge and according to records in the mail room, the package was never delivered back to the mail room for further processing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/11/06  .

Shauna L. Robinson

2

UNITED STATES ATTORNEY'S OFFICE
MAIL LOG

| Date | Article No. | Sender | Addressee | Rcvd. by |
|---|---|---|---|---|
| 10-12-05 | 2301 0640 0001 2124 8222 | Silvia Stagg | Front Office | MSM |
| " | 7005 1820 0820 0006 0006 6189 1358 | Charles Sam | Front Office | MSM |
| " | 7002 2410 0000 9312 6889 | Vandermeulen Goldman & Allen | Front Office | MSM |
| " | 7000 0600 0027 1436 7502 | Duane Morris | Front Office | MSM |
| " | 7000 0520 0014 3827 5785 | John Hyland | Front Office | MSM |
| " | RR 366 067 774 US | Richards Layton & Finger | Civil | BW |