October 24, 2005

Clerk
U.S. District Court
333 Constitution Ave., NW
Washington, D.C. 20001

    RE: John Vincent Hyland, Jr., vs President George Bush,
    Docket: 1:05CV01878

Enclosed:

    Certified Mail Receipts and Summons form and COPY OF:
    EXPEDITED LEGAL MAIL with registration number to each.

    mailed to Defendants:

    President George Bush,
    U.S. Attorney,
    U.S. Attorney General, Department of Justice,

Respectfully submitted,

John V. Hyland, Jr.,
Plaintiff, pro se
228879
Parnall Correctional
1790 Parnall
Jackson, MI 49201

cc to defendant, and defendant's assigned counselors.

