UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN HYLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1878 (RBW) |
| | ) |
| GEORGE BUSH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on defendant's motion to dismiss. After considering the relevant pleadings, applicable law, and the record herein, it is hereby

ORDERED that defendant's motion is GRANTED. It is further

ORDERED that plaintiff's complaint is hereby DISMISSED.

_____
United States District Judge

Copies to:

John F. Henault
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

John Hyland, Jr.
#228879
Parnall Correctional Facility
1790 Parnall
Jackson, MI  49201