UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,          Case No. 1:05CV01878
   Plaintiff,

                       Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

                                     JURY DEMAND

                          CLAIM EXCEEDS $ 50,000.

PLAINTIFF'S SUSTAINABLE PROOF

DEFENDANT'S POWERS ARE LIMITED

---

January 11, 2006                          Respectfully submitted,

                                            John Vincent Hyland, Jr.,
                                                  Plaintiff, pro se

Plaintiff's contemporaneous PROOF that President George Bush failed to have or obtain in any manner at all, the right to appoint a "CHIEF JUSTICE" of the United States whereas the RULE for selection of a CHIEF JUSTICE of the United States Supreme Court lies in one place and one place only and that is:

Federal CIVIL JUDICIAL PROCEDURE and RULES, Title 28--JUDICIARY and JUDICIAL PROCEDURE, Supreme Court Rules, page 489 :

§ 3. Vacancy in office of Chief Justice; disability.

"Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified."

§ 4. "Precedence of associate justices., p. 489.

"Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age."

28 S. 2. Terms of court. p. 489.
"The Supreme Court shall hold at the seat of government a term of court commencing on the first Monday in October of each year and may hold such adjourned or special terms as may be necessary."

Today, January 11, 2006, on "COURT TV" program, Judge Samuel Alito is being questioned by Senator Patrick Leahy, D-Vermont and asked Judge Samuel Alito:

"Is the President of the United States bound by the laws of the country and Constitution?"

and:

"Does the President have limited powers?"

-1-

Judge Samuel Alito replied:

"The courts would interpret the Constitution."

"The duty of the court is to interpret and apply the law."

Senator Patrick Leahy replied:

"That's an answer I agree with."

## CONCLUSION

ORDERS of Appointment issued by President George Bush of a SUPREME COURT <u>CHIEF</u> JUSTICE is without lawful jurisdiction and must be VACATED AB INITIO.

## RELIEF REQUESTED

Plaintiff, pro se, requests this United States District Court to <u>GRANT</u> the RELIEF REQUESTED in the ORIGINAL CIVIL COMPLAINT.

January 11, 2006

Respectfully submitted,

John V. Hyland, Jr,
Plaintiff, pro se.

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,        Case No. 1:05CV01878
    Plaintiff,

                                 Honorable: JUDGE: Reggie B. Walton

-vs-


President George Bush
    Defendant.
_____/

                                    JURY DEMAND


                                    CLAIM EXCEEDS $ 50,000.


PROOF OF SERVICE

NOW COMES, Plaintiff, John Vincent Hyland, JR., pro se and swears under penalty of perjury that he mailed the following on January 11, 2006.
    PLAINTIFF'S SUSTAINABLE PROOF
    DEFENDANT'S POWERS ARE LIMITED

    TO:

    1. Two copies to Clerk, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, and prepaid FIRST CLASS POSTAGE affixed.

    2. One copy to: U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001.

    3. One copy to: Attorney General, Department of Justice, 650 Pennsylvania Ave., NW, Washington, DC. 20530

January 11, 2006                    Respectfully submitted,
                                    John Vincent Hyland, Jr.,
                                    Plaintiff, pro se
                                    # 228879
                                    Parnall Correctional Facility
                                    1790 Parnall
                                    Jackson, MI 49201

    4. One copy to: President George Bush, White House Office, 1600 Pennsylvania Ave, NW, Washington, D.C. 20001