UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,
   Plaintiff,

Case No. 1:05CV01878

Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

PRO SE PLAINTIFF'S MOTION TO
DISMISS DEFENDANT'S LEGAL STAFFS'
MOTION FOR LEAVE TO FILE MOTION TO DISMISS.

---

January 18, 2006

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro se

## STATEMENT OF FACTS

1 Could it be possible that the UNITED STATES ATTORNEYS for Defendant President George Bush are lying, perjuries, FRAUD UPON THE COURT, with their MOTION TO VACATE DEFAULT JUDGMENT etc.?

2. Plaintiff served and made sworn statement in his PROOF OF SERVICE of service upon:

PRESIDENT GEORGE BUSH, WHITE HOUSE OFFICE 1600 Pennsylvania Ave, NW, Washington, D.C. 20001.

and: SERVICE UPON:

a. Two copies to Clerk, U.S. District Court District of Columbia, U.S. Courthouse, 333 Constitution Avenue N.W., Washington, D.C 20001.

b. U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001.

c. Attorney General, Department of Justice, 650 Pennsylvania Ave., NW, Washington, DC. 20530.

3. Plaintiff alleges that defendant and his attorneys, employed by the UNITED STATES CITIZENS have committed untruths, lies, perjuries, fictitious statements and even, perhaps, caused the TERMINATION OF EMPLOYEES.

See:

DECLARATION OF CHARICE DICKEY, of:

1. "DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT AND MOTION FOR LEAVE TO FILE MOTION TO DISMISS"

and guess what?

It is NOT DATED.

2. The heading of that motion refers to: GEORGE BUSH.

3. HOWEVER, the SUMMONS IN A CIVIL CASE that was served on these attorneys for Defendant: President George Bush clearly list defendant as:

PRESIDENT GEORGE BUSH.

not just plain old George Bush as these powerfull United States employed lawyers have referred to.

4. Stapled to that item in 1. above is:

"DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO VACATE DEFAULT AND MOTION FOR LEAVE TO FILE MOTION TO DISMISS"

is not dated.

5. Attorneys WAINSTEIN, LAWRENCE, HENAULT, all of the D.C. BAR, have NOT dated their signatures.

6. Page 6 is: "CERTIFICATE OF SERVICE" and states:

"DEFENDANT'S MOTION TO VACATE DEFAULT AND MOTION FOR LEAVE TO FILE MOTION TO DISMISS" in the first-class United States mail, postage prepaid, marked for deliver to:

John Hyland, Jr (and address)

signed by C. Dickey (and handwritten:) "for John Henault Assistant United States Attorney. (page 6)

7. This Court was NOTICED that Plaintiff "SERVICED" the defendant President George Bush in all matters as a precaution for illegal procedures that just MIGHT be employed by defendant's statutory legal representatives that Plaintiff did indeed service via PS Form 3800, and "PROOFS" to this Honorable Court.

8. Title 28, JUDICIARY AND JUDICIAL PROCEDURE, Rule 29, .5.
Proof of service, when required by these Rules, must accompany the document when it is presented to the Clerk for filing and must be separate from it. Proof of service may be shown by any one of the methods set forth below,

and must contain, or be accompanied by, a statement that all parties required to be served have been served, together with a list of the names, addresses, and telephone numbers of counsel indicating the name of the party or parties each counsel represents. It is not necessary that service on each party required to be served by made in the same manner or evidenced by the same proof.

(a) By an acknowledgment of service of the document in question, signed by counsel of record for the party served.

(b) By a certificate of service of the document in question reciting the facts and circumstances of service in compliance with the appropriate paragraph of this Rule, and signed by a member of the Bar of this Court representing the party on whose behalf the service is made.

9. Plaintiff alleges that legal staff for Defendant President George Bush have not EVEN complied with the simple Federal Rule of PROOF OF SERVICE.

ARGUMENT

IN SUPPORT OF:

"PRO SE PLAINTIFF'S MOTION TO
DISMISS DEFENDANT'S LEGAL STAFFS'
MOTION FOR LEAVE TO FILE MOTION TO DISMISS."

The Civil Procedure Rule of Title 28 cited throughout Plaintiff's pleadings places that "assignment of a <u>CHIEF JUSTICE</u>" of the United States Supreme Court is <u>NOT</u> bestowed upon the President of the United States.

To reiterate from Plaintiff's CIVIL COMPLAINT:

U.S. CONST. ART II, Section 2 [2]
"He shall have Power,...and he shall nominate...
judges of the Supreme Court."

There is absolutely <u>no</u> CONSTITUTIONAL authority for <u>any</u> President of the United States to appoint a "CHIEF JUSTICE."

Refer to issues presented pro se in this CIVIL COMPLAINT at bar.

See: Federal Civil Judicial Procedure and Rules Title 28- JUDICIARY AND JUDICIAL PROCEDURE,

page 192, RULE 55(a). Default

and: RULE 55 (b)(1) Judgment By the Clerk.

> "When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against defendant, if the defendant has been defaulted for failure to appear and if he is not an infant or incompetent person."

-4-

## CONCLUSION

Two thousand and five good American citizens DEAD in the IRAQ OIL WAR is nauseous.

The audacity and pompous request by Defendant President George Bush's legal representatives to request a DISMISSAL of this at bar CIVIL COMPLAINT, is nauseous.

Plaintiff prays that this Honorable District Court of District of Columbia will issue an ORDER to defendant and defendant's counsel that:

"DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT and MOTION FOR LEAVE TO FILE MOTION TO DISMISS

IS HEREBY DENIED."

Plaintiff, pro se, further requests this Honorable Court of the District of Columbia to advise defendant that a CERTIFICATE OF APPEALABILITY will NOT ISSUE and will NOT be granted if defendant should so request.

This Court's ORDER of DEFAULT JUDGMENT stands as the final adjudication in this Court

Plaintiff requests this Honorable Court to direct a copy of the DEFAULT JUDGMENT onto Defendant President George Bush on the presumption that President George Bush's legal staff is incompetent, lie, "fire or terminate or TRANSFER" U.S. Government employees in order to "COVER THEIR OWN NEGLIGENCES."

Plaintiff alleges that he complied with requirements of this Rule 55, supra, in all respects.

Therefore. Alleges Plaintiff, entry of DEFAULT JUDGMENT and dismissal sua sponte of defendant's "OUT-OF-TIME" reply is VALID and must be HONORED by this Honorable Court.

Defendant did NOT allege untruths nor challenged the authenticity of the citations of federal law and United States Constitution Article II, Section 2 [2]

"He (President) shall have Power....and he shall nominate... judges of the Supreme Court."

There is NO PROVISION FOR THE PRESIDENT TO APPOINT A:
Chief Justice of the United States Supreme Court.

Therefore, alleges plaintiff, the appointment of Judge John Roberts is VOID AB INITIO as pleaded herein and throughout this case at bar.

FURTHERMORE, defendant has FAILED TO DEFEND the substance of Plaintiff's CIVIL COMPLAINT that the President's (George Bush) appointment of John Roberts as "CHIEF JUSTICE"

is without lawful authority and must be vacated ab initio.

Plaintiff, John Vincent Hyland, Jr. pro se, REQUESTS that this Honorable Court GRANT RELIEF as cited in the ORIGINAL COMPLAINT.

January 18, 2006

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro se
# 228879
Parnall Correctional
1790 Parnall, Jackson, Michigan, 49201

-6-

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,    Case No. 1:05CV01878
   Plaintiff,

                           Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

PROOF OF SERVICE

NOW COMES, Plaintiff, John Vincent Hyland, JR., pro se and swears under penalty of perjury that he mailed the following on January 19, 2006.

   PRO SE PLAINTIFF'S MOTION TO
   DISMISS DEFENDANT'S LEGAL STAFFS'
   MOTION FOR LEAVE TO FILE MOTION TO DISMISS.

   TO:

   1. Two copies to Clerk, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, and prepaid FIRST CLASS POSTAGE affixed.

   2. One "COURTESY COPY" to defendant, President George Bush,
   WHITE HOUSE OFFICE
   1600 Pennsylvania Ave., NW
   Washington, D.C. 20001.

   3. <u>NO</u> copy to: U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001.

   4. <u>NO</u> copy to: Attorney General, Department of Justice, 650 Pennsylvania Ave., NW, Washington, DC. 20530

   5. Item 3 and 4, have failed to "TIMELY RESPOND" and this Court's Clerk has issued a
     "DEFAULT JUDGMENT" against defendant.

January 19, 2006                    Respectfully submitted,

                                                  John Vincent Hyland, Jr.,
                                                        Plaintiff, pro se
                                                            # 228879
                                                 Parnall Correctional Facility
                                    1790 Parnall, Jackson, MI 49201