UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,           Case No. 1:05CV01878
    Plaintiff,

                                    Honorable: JUDGE: Reggie B. Walton

-vs-


President George Bush
    Defendant.
_____/


                                              JURY DEMAND

                                    CLAIM EXCEEDS $ 50,000.


PLAINTIFF'S SUSTAINABLE PROOF

DEFENDANT'S POWERS ARE LIMITED
and CONSTITUTION FORBIDS APPOINTMENT
OF A "CHIEF  JUSTICE"

---

January 18, 2006                              Respectfully submitted,

                                              John Vincent Hyland, Jr.,
                                                      Plaintiff, pro se

PLAINTIFF'S
ASSERTION OF UNITED STATES CONSTITUTION
PREAMBLE and ARTICLE I.

---

1. Preamble:

The "People of the United States" (Preamble to:

THE CONSTITUTION OF THE UNITED STATES)

has clearly foreseen that a "CHIEF JUSTICE" cannot be appointed by the Presdent of the United States for obvious reasons that such appointment would conflict with "prejudiced jurisprudence."

<u>WHEREAS</u> "We the People of the United States (Preamble) thoughtfully, and precautionary thought ahead to the:

Article I, Section 3 [6]:

"When the President of the United States is tried, the Chief Justice shall preside:"...

2. Plaintiff herein alleges it to be OBVIOUS, if the President of the United States is permitted by law and Constitution and exercised any RIGHT to appoint a "Chief Justice" then and there upon any "Impeachments" [6], [7], Article I, also: then and there upon any "Impeachment <u>trial</u>", the Chief Justice would be <u>mandated to recusal</u> because of "the appearance of prejudice" would be insurmountable to any "ordinay person" which is emphasized in the <u>Preamble</u> to "The Constitution of the United States" at the <u>very first</u> <u>seventeen words</u>:

"We the People of the United States, in Order to form a more perfect Union, establish Justice,"

mandates that bias, prejudice, favoritism, pay-off" is best served only where the

"Chief Justice is selected by Supreme Court rules and <u>NOT</u> by

-1-

President of United States who may possibly be subject to IMPEACHMENT trial and <u>any trial</u> must be adjudicated by an "IMPARTIAL JUDGE."

3. Federal Civil Judicial Procedures and Rules, Title 28-Judiciary and Judicial Procedure, Supreme Court Rule, page 489, Chapter 1-Supreme Court, § 3, Vacancy in office of Chief Justice; disability:

"Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties <u>shall</u> devolve upon the associate justice next in precedence who is able to act, until such disability is removed or another Chief Justice is appointed and duly qualified."
§ 4. Precedence of associate justices.
"Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age." Emphasis added.

§ 455. Disqualification of justice, judge, or magistrate.
(a) Any justice, judge, or magistrate of the United States <u>shall disqualify himself in any proceeding</u> in which his impartiality MIGHT reasonably be questioned."
(b) He shall also disqualify himself in the following circumstances:"
(1) Where he has a personal bias or prejudice concerning a party,...
(d) For the purposes of this section the following words or phrases shall have the meaning indicated:
(1) "proceeding" includes pretrial, trial, appellate review, or other stages of litigation;"
subsection (f) "has a financial interest in a party"
(Emphasis added)

4. Plaintiff alleges: Surely an "ordinary prudent person" would deem a Chief Justice "prejudiced" in favor of President who appointed him to the office of Chief Justice of the United States Supreme Court.

5. Therefore, alleges Plaintiff, whereas the Preamble to the United States Constitution...[e]stablish Justice" and at Article I, Section 3. clause [6] ..."When the President of the United States is tried, the Chief Justice shall preside:"

-2-

6. THEREFORE, the Chief Justice is precluded from being appointed by the President of the United States pursuant to Constitution Preamble and Article I Section 3. [7]

and

    Title 28, Federal CIVIL JUDICIAL PROCEDURE and RULES, supra, § 3, "Vacancy in office of Chief Justice; disability: and § 4. Precedence of associate justices, supra.
    Appointment of a Chief Justice of the United States Supreme Court by the President is contrary to United States Constitution articulated and alleged herein and throughout.

7. Plaintiff alleges that even the: "appearance of prejudice" is ground for DISQUALIFICATION and that is the purpose of Supreme Court Justices being precluded from appointment in the case of "IMPEACHMENT OF THE PRESIDENT OF THE UNITED STATES", supra.

8. And that is why, alleges plaintiff, that the CHIEF JUSTICE of the United States cannot be appointed by the President because the Chief Justice, on Impeachment trial of the President, would be required to recuse, or, the other parties would be granted "DISQUALIFICATION OF THE CHIEF JUSTICE" on grounds of "PREJUDICE, or the appearance of prejudice, because of the APPOINTMENT of a judge to the position of "CHIEF JUSTICE" of the United States that would then violate the purpose of "impariality" that is guaranteed to EVERY PERSON of the United States pursuant to Article III Section 2. [3]

"The trial of all Crimes, except in cases of Impeachment shall be by Jury;"...

(emphasis added)

<u>Article III</u>, Section 2. [1]

"The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United State, ... ---between Citizens of different States;---

9. The President of the United States is specifically precluded from <u>appointing</u> a <u>CHIEF JUSTICE</u> of the United States Supreme Court because such appointment would have the <u>"appearance"</u> of <u>PREJUDICE</u> and <u>SPECIFICALLY</u> VIOLATES Article I, Section 3., <u>supra</u>.

-4-

## CONCLUSION

The PREAMBLE to the United States Constitution and

Article I, Section 3. [6] precludes the President from APPOINTING A "CHIEF JUSTICE" because if the President were to be tried the "CHIEF JUSTICE" is the only JUSTICE of the United States Supreme Court who has CONSTITUTIONAL authority to adjudge IMPEACHMENT OF PRESIDENT.

See page 1 of this DECLARATION, infra, stating:

Article I, Section 3 [6]:

"When the President of the United States is tried the Chief Justice shall preside...

Plaintiff herein alleges that the appointment of John Roberts to the office of "CHIEF JUSTICE, U.S. SUPREME COURT is without lawful authority and is contrary to the provisions of the United States Constitution as presented herein.

## RELIEF REQUESTED

This Honorable Court of the District of Columbia, must agree with Plaintiff's arguments that the present CHIEF JUSTICE OF THE UNITED SUPREME COURT is operating without JURISDICTION and is operating CONTRARY TO UNITED STATES CONSTITUTION, supra.

Plaintiff prays for the RELIEF REQUESTED as previously prayed for in this pro se CIVIL COMPLAINT.

January 18, 2006

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro se

-5-

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,            Case No. 1:05CV01878
    Plaintiff,

                           Honorable: JUDGE: Reggie B. Walton

-vs-


President George Bush
    Defendant.
_____/



PROOF OF SERVICE

NOW COMES, Plaintiff, John Vincent Hyland, Jr, pro se, and swears under penalty of perjury that he placed the following in this prison's mail box at 1500 hours on January 23, 2006.

   PLAINTIFF'S SUSTAINABLE PROOF
   DEFENDANT'S POWERS ARE LIMITED
   and CONSTITUTION FORBIDS APPOINTMENT
   OF A "CHIEF JUSTICE"
   _____


   1. Two copies to Clerk, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, DC. 20001, and prepaid FIRST CLASS POSTAGE affixed.

   2. ONE COPY, as courtesy to OFFICE OF THE PRESIDENT OF THE UNITED STATES, WHITE HOUSE OFFICE, 1600 Pennsylvania Ave, NW, Washington, D.C. 20500.

   3. NO COPIES to any other parties because they have FAILED TO RESPOND and the rules are that they are NO LONGER ENTITLED TO SERVICE.


January 23, 2006                      Respectfully submitted,
                                      John Vincent Hyland, Jr.,
                                            Plaintiff, pro se
                                          Parnall Correctional
                                                     # 228879
                                  1790 Parnall, Jackson, MI 49201