UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,    Case No. 1:05CV01878
   Plaintiff,
                                Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

PLAINTIFF REQUESTS THIS COURT TO <u>ORDER</u>
"ALL SUPREME COURT ORDERS ARE VOID AB INITIO
BEGINNING DATE John Roberts TOOK OFFICE AS: "CHIEF JUSTICE"

---

NOW COMES, Plaintiff, John Vincent Hyland, Jr., pro se, and requests this Court to sign and ISSUE an ORDER that:

"ALL SUPREME COURT ORDERS ARE VOID AB INITIO BEGINNING THE DATE John Roberts TOOK OFFICE AS: "CHIEF JUSTICE"

1. Plaintiff's CIVIL COMPLAINT and pleadings satisfy the CONSTITUTIONALITY of ORDERING that John Roberts is exercising UNLAWFULLY whereas there is absolutely NO CONSTITUTIONAL AUTHORITY FOR PRESIDENT OF UNITED STATES TO APPOINT A "Chief Justice."

2. Plaintiff's REQUEST, supra, is founded upon the CIVIL COMPLAINT and several subsequent motions to this court.

3. Furthermore, alleges Plaintiff, the respondents have <u>DEFAULTED</u> and the Clerk of this Honorable Court of the District of Columbia has issued a "DEFAULT JUDGMENT."

4. Plaintiff filed a pro se "MOTION FOR ENTRY OF DEFAULT."

5. Plaintiff has NOT served defendant's counsel because they are in DEFAULT and <u>not entitled to further recognition.</u>

January 29, 2006                                     Respectfully submitted,
                                                                 John Vincent Hyland, Jr.
                                                                    Plaintiff, pro se.

Clerk,  
U.S. District Court  
U.S. Courthouse  
333 Constitution Ave, NW  
Washington, D.C. 20001

January 29, 2006

Re: Hyland v Bush, 1:05CV01878

    Please send me a PRINT OUT OF THE DOCKET SHEET in this case, and enclose a billing for costs, AFTER ENTRY OF THE ENCLOSED pleadings.

Thank you,  
John Hyland,  
# 228879  
Parnall Correctional Facility  
1790 Parnall  
Jackson, MI 49201

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,  ) Case No. 1:05CV01878
   Plaintiff,

Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

PROOF OF SERVICE

NOW COMES, Plaintiff, John V. Hyland, Jr., pro se, and swears under penalty of perjury that on this January 30, 2006, he placed the following with an "OFFICIAL" for EXPEDITED LEGAL MAIL to the following, and FIRST CLASS POSTAGE.

PLAINTIFF'S REQUEST FOR THIS COURT TO ORDER:
"ALL SUPREME COURT ORDERS ARE VOID AB INITIO BEGINNING DATE John Roberts TOOK OFFICE AS: "CHIEF JUSTICE"

   1. Two copies to Clerk, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, and prepaid FIRST CLASS POSTAGE affixed.

   2. One copy to: Defendant President George Bush.
   1600 Pennsylvania Ave, NW, WHITE HOUSE OFFICE, Washington, D.C. 20001.

All other prior participants are in DEFAULT JUDGMENT and Plaintiff is NOT REQUIRED to service them.

January 30, 2006

Respectfully submitted,
John Vincent Hyland, Jr.
Plaintiff, pro se
# 228879
Parnall Correctional Facility
1790 Parnall
Jackson, MI. 49201