UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,         Case No. 1:05CV01878
   Plaintiff,

                                 Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

### PLAINTIFF'S MOTION FOR RECONSIDERATION
### EN BANC

---

NOW COMES, Plaintiff, pro se and requests this court to RECONSIDER, and REHEAR plaintiff's motions on the grounds that plaintiff is a pro se prisoner litigant held to less stringent standards than an attorney filing formal briefs. <u>Haines v Kerner</u>, 404 U.S. 519, 520 (1972) per curiam.

Plaintiff requests this court to <u>re-hear</u> and consider the contemporaneous pro se pleadings mailed under separate cover:

1. PLAINTIFF'S MOTION FOR THIS COURT TO ISSUE ORDER THAT: DESIGNATION "CHIEF JUSTICE" IS **UNIQUE**.

2. PLAINTIFF'S BRIEF CITING <u>MAYDAK</u>, infra MANDATING: ENTRY BY TRIAL COURT OF "DEFAULT JUDGMENT"

3. PLAINTIFF'S REPLY BRIEF TO: DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT AND MOTION FOR LEAVE TO FILE MOTION TO DISMISS

4. PROPOSED ORDER.

5. Plaintiff so prays.

February 8, 2006                              Respectfully submitted,
                                                                         John Vincent Hyland, Jr.,
                                                                             Plaintiff, pro se