President George Bush,  
WHITE HOUSE OFFICE  
1600 Pennsylvania Ave. NW  
Washington, D.C. 20001  

February 8, 2006

  Re: Hyland v Bush, 1:05-cv-01878-RBW

  Enclosed please find copy of DOCKET SHEET beginning September 22, 2005, and through current January 25, 2006.
  Please note that the Clerk of court, with AUTHORITY pursuant to Title 28, U.S.C.A. Rule 55, entered a DEFAULT in favor of this plaintiff.
  The assigned judge permitted DEFAULTED "legal staff" to enter a DISMISSAL of the jurisdictional DEFAULT JUDGMENT
  The trial judge acted "outside the law" in "favoring assigned government employed attorneys" and in <u>disfavor</u> of the guaranteed RIGHTS under the law for the court to GRANT Plaintiff's MOTION FOR DEFAULT JUDGMENT because the defendant failed to comply with the rules of this Title JUDICIARY AND JUDICIAL PROCEDURE, Rule 55.
  Plaintiff, pro se, accuses the DEFENDANT'S assigned legal staff of "<u>PERJURY</u>" whereas those attorneys have LIED to the trial court and to this pro se Plaintiff.

  A "DEFAULT" is mandated when the defendant fails to answer or otherwise defend.
  The Constitution, Amendment 14, guarantees "EQUAL APPLICATION OF THE LAWS"
  Defendant's representative attorneys, U.S. Attorney and U.S. Attorney General, failed to <u>TIMELY</u> respond to this Plaintiff's CIVIL COMPLAINT and that <u>failure to respond</u> mandates that a DEFAULT JUDGMENT be ENTERED by the Clerk pursuant to Rule 55, supra.

  Plaintiff COMPLAINS that <u>dishonesty</u> in the Court must be <u>repaired</u> and the "DEFAULT JUDGMENT" be re-entered and the RELIEF REQUESTED by GRANTED, sua sponte, <u>ab initio</u>.

Respective of the Constitution,

/s/ John Vincent Hyland, Jr.  
John Vincent Hyland, Jr.,  
Plaintiff, pro se  
# 228879  
Parnall Correctional  
1790 Parnall  
Jackson, MI 49201

cc: Clerk, U.S. District Court, District of Columbia.

PS: The court's lack of enforcement of RULES OF CIVIL PROCEDURE, RULE 55 - DEFAULT JUDGMENT, is like inviting a bank-robber to return because he missed a lot of cash in the vault.

JURY, PROSE-PR, TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01878-RBW
## Internal Use Only

HYLAND v. BUSH
Assigned to: Judge Reggie B. Walton
Demand: $700,000
Cause: 28:1343 Violation of Civil Rights

Date Filed: 09/22/2005
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

JOHN VINCENT HYLAND, JR.

represented by JOHN VINCENT HYLAND, JR.
DC 228-879
PARNALL CORRECTIONAL FACILITY
1790 Parnall
Jackson, MI 49201
PRO SE

V.

**Defendant**

GEORGE BUSH

represented by John F. Henault, Jr.
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20001
(202) 307-1249
Fax: (202) 514-8780
Email: john.henault@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 09/22/2005 | 1 | COMPLAINT against GEORGE BUSH (Filing fee $ 250) filed by JOHN VINCENT HYLAND, JR.(td, ) (Entered: 09/28/2005) |
| 09/22/2005 |  | SUMMONS (3) Issued as to GEORGE BUSH, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 09/28/2005) |

| Date | # | Description |
|------|---|-------------|
| 10/05/2005 | 2 | RESPONSE to Clerk's suggestion of hearing by Magistrate filed by JOHN VINCENT HYLAND, JR. (td, ) (Entered: 10/10/2005) |
| 10/14/2005 | 3 | MOTION to Set Aside Clerk's order for defendants to reply within 60 days after service of summons by JOHN VINCENT HYLAND, JR. (td, ) (Entered: 10/19/2005) |
| 10/28/2005 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 10/12/05., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to GEORGE BUSH served on 10/18/2005, answer due 12/19/2005. (td, ) (Entered: 11/03/2005) |
| 11/21/2005 | 5 | AMENDED COMPLAINT against GEORGE BUSH filed by JOHN VINCENT HYLAND, JR.(td, ) (Entered: 11/28/2005) |
| 12/19/2005 | 6 | AFFIDAVIT FOR DEFAULT by JOHN VINCENT HYLAND, JR. (td, ) (Entered: 12/28/2005) |
| 12/28/2005 | 7 | Clerk's ENTRY OF DEFAULT as to GEORGE BUSH (td, ) (Entered: 12/28/2005) |
| 01/03/2006 | 8 | MOTION for Default Judgment as to defendant by JOHN VINCENT HYLAND, JR. (td, ) (Entered: 01/11/2006) |
| 01/11/2006 | 9 | MOTION for Leave to File *Defendant's Motion to Dismiss and*, MOTION to Set Aside Default *Judgment Entered via Court Clerk* by GEORGE BUSH. (Attachments: # 1 Text of Proposed Order to Vacate Default and Leave to file MTD# 2 Exhibit Dickey Decl.# 3 Exhibit Robinson Decl.# 4 Exhibit Letter re Clerk# 5 Exhibit MTD# 6 Text of Proposed Order MTD Proposed Order)(Henault, John) (Entered: 01/11/2006) |
| 01/25/2006 | 10 | MINUTE ORDER denying 8 Motion for Default Judgment, granting 9 Motion for Leave to File, granting 9 Motion to Set Aside Default. Signed by Judge Reggie B. Walton on 1/25/06. (lcrbw1, ) (Entered: 01/25/2006) |

RECEIVED
FEB 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT