UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,
   Plaintiff,

Case No. 1:05CV01878

Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

PLAINTIFF'S REQUEST
FOR:
RECONSIDERATION
and
ORDER:

"President of United States"
Does **NOT POSSESS JURISDICTION**

to

APPOINT A CHIEF JUSTICE

OF

UNITED STATES SUPREME COURT

February 8, 2006

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro/se

PLAINTIFF'S **BRIEF** in Support of:  MOTION FOR REHEARING
ON GROUNDS OF FRAUD ON COURT
DECEPTION, COERCION,
FRAUDULENT MISREPRESENTATIONS
BY DEFENDANT'S LAWYER STAFF.

---

NOW COMES Plaintiff, pro se, and MAKES DEMAND for REHEARING on the above grounds of FRAUD, and "deliberate deception, etc., is/are, by Lawyers, Counselors, United States employees, upon this court and upon this pro se Plaintiff.

1. Defendant's legal staff have presumptively sworn under oath that: (alleges plaintiff)

   A. That is/are a lie, (lies) deception, fraudulent misrepresentation, falsehood, criminal falsehood under oath, disobedience and forfeiture of their OATH before being sworn into "OFFICERS OF THE UNITED STATES GOVERNMENT" which EXISTS, solely for the benefit of "the people of the United States

2. The "PREAMBLE" to the United States Constitution ESTABLISHES, without prejudice, that the CONSTITUTION...[in] Order to form a more perfect Union, establish Justice...[a]nd secure the Blessings of Liberty to ourselves and our Posterity...

3. THEREFORE: alleges Plaintiff:  Dishonest lawyers, attorneys, are no less subject to "FELONY PERJURY", than any other felon because our Constitution mandates pursuant to:

   Article IV, Section 2.
   [1] The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States."

4. Black's Law describes revocation of: Attorney's license, as:  "Such license may be revoked because of disbarment or suspended for attorney misconduct."

5. Black's Law Dictionary - Abridged Sixth Edition:
Disbarment. Act of court in suspending attorney's license to practice law. A disbarment proceeding is neither civil nor criminal action; it is special proceeding peculiar to itself, disciplinary in nature, and of summary character resulting from inherent power of courts over their officers."

6. <u>Fraud</u>. "An <u>intentional</u> perversion of the truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to <u>surrender a legal right</u>. A false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury. Anything calculated to deceive, whether by a single act or combination, or by <u>suppression of truth,</u> or suggestion of what is false, whether it be by direct falsehood or innuendo, by speech or silence, word of mouth, or look or gesture. A generic term, embracing all multifarious means which human ingenuity can devise, and which are resorted to by one individual to get advantage over another by <u>false</u> suggestions or by <u>suppression of truth</u>, and includes all surprise, <u>trick</u>, <u>cunning</u>, dissembling, and any <u>unfair</u> way by which another is <u>cheated</u>. "Bad faith" and "fraud" are synonymous, and also synonyms of <u>dishonest, infidelity, faithlessness, perfidy, unfairness, etc.</u>"
(Emphasis added)

7. "Plaintiff: A person who seeks remedial relief for an injury to rights; it designates a complainant." Black's Law Dictionary - page 796.

8. Plaintiff filed a MOTION FOR DEFAULT JUDGMENT, pursuant to Title 28, Rule 55.

9. While Plaintiff's MOTION FOR DEFAULT JUDGMENT was "in the mail", the Clerk, pursuant to Rule 55(a) and (b)(1)

10. Plaintiff's "AFFIDAVIT FOR DEFAULT" was enterted: 12/28/2005, Entry # <u>7</u>.

11. Plaintiff' "MOTION FOR DEFAULT JUDGMENT" was received by the Court 01/03/2006 and entered 01/11/2006, entry # <u>8</u>.

12. Defendant MOTIONED FOR LEAVE TO FILE DEFENDANT'S MOTION TO DISMISS and, MOTION TO SET ASIDE DEFAULT JUDGMENT ENTERED via COURT CLERK by GEORGE BUSH."

13. <u>WITHOUT A HEARING</u>, this court granted defendant's MOTION FOR LEAVE TO FILE and SET ASIDE DEFAULT, signed by Judge Reggie B. Walton on 1/25/06. Entry # <u>10</u>.

14. HOWEVER. The defendant <u>failed</u> to defend.

15. Plaintiff alleges that where a "party fails to defend" the court must grant to Plaintiff the **RELIEF REQUESTED**.

16. Canady v Erbe Elektromedizin GMBH, 307 F.Supp. 2d, 2, (D.D.C. 2004)
8.  2. The Court Denied the Defendants' Motion for Default Judgment as **MOOT**.
Now that the court has ruled against the defendans' motion to strike, the plaintiff's answer to the counter claims prevents application of a default judgment."
[5] Even if the court were to strike the plaintiff's answer, the court still would not be in a position to grant defendants default judgment in light of the absence of an entry of default. Indeed, a faltal flaw with the defendants' approach is their blindness to the two-step process calling for the entry of default, followed by the entry of default judgment. Fed.R.Civ.P. 55; <u>Eitel v McCool</u>, 782 F.2d 1470, 1471 (9th Cir. 1986); <u>Meehan v Snow,</u> 652 F. 2d 274, 276 (2d Cir. 1981); <u>see also</u> 10A FedPrac & Proc. Civ. 3d § 2682 (Stating that "[p]rior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2) there must be an entry of default as provided by Rule 55(a)". The defendants failed to implement the first step by asking the <u>CLERK OF THE COURT</u> (emphasis added) to enter default against the plaintiffs. Thus, under this alternate theory, the defendiffs are in no position to apply for the entry of default judgment."
11. IV. CONCLUSION.
For the foregoing reasons, the court denies the defendants' motions to strie and for entry of default judgment, strikes the parties briefing on summary judgment, and sets a revised briefing schedule."

17. Plaintiff further alleges that this Court of District of Columbia has failed to comply with their own precedence and <u>honor</u> the FEDERAL RULES OF CIVIL PROCEDURE as cited herein and throughout that whereas defendant has FAILED TO REPLY to the COMPLAINT and whereas not only were the two UNITED STATES DEPARTMENT OF JUSTICE and ATTORNEY GENERAL serviced with CERTIFIED MAIL RETURN RECEIPT and serviced with every document that plaintiff filed with this court, but Plaintiff is <u>held to less stringent standards than an attorney filing formal briefs</u>," and that fact was clearly made known to all parties.

<u>Haines v Kerner,</u> 404 U.S. 519, 520 (1972) per curiam."

Flynn v Mastro Masonry Contractors, 237 F. Supp. 2d 66 (D.D.C. 2002)

70. B. The Court Grants the Plaintiff's Motion for Default Judgment.
"the defendant has failed to plead or otherwise defend this action. Consequently, the clerk entered default, pursuant to Rule 55.

71. IV. Conclusion.
For all these reasons, the court grants the plaintiff's motion for default judgment. An Order directing the parties in a manner consistent with this Memorandum Opinion is separately and contemporaneously issued---
ORDER
For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this____day of December 2002, it is
ORDERED that the plaintiff's motion for default judgment is GRANTED; and it is FURTHER ORDERED that the defendant shall pay to the plaintiffs the following judgment.
SO ORDERED."

Plaintiff alleges that Flynn, supra applies to Hyland v. Bush, at bar and therefore the PRECEDENT established in this very District Court of the District of Columbia, supra, must be applied to Hyland, at bar as argued and facts and case law presented to this court pro se.

The courts are precluded from "deciding the same procedure in a different case differently than that decided where the issues are the same and the precedents and statutes and RULES OF CIVIL PROCEDURE, Title 28, are linked to the "entry of default judgment" where the defendant failed to reply in the given time allotted by the Court and the notice was provided to the defendant and, as in this case of Hyland, supra, all proceedings presented by pro se Plaintiff have been served upon defendant at:

President George Bush, White House Office, 1600 Pennsylvania Ave., NW, Washington, D.C. 20001.

This court is precluded from ignoring that SERVICE WAS MADE UPON ALL PARTIES.

This Court is precluded from giving "benefit of doubt" to defendant and/or defendant's counsel.

SO PRAYS John Vincent Hyland, Jr., Plaintiff.

3 (a)

## CONCLUSION

1. Defendant failed to reply to the CIVIL COMPLAINT.

2. Defendant's "official legal staff" failed to represent the defendant in a **"timely manner."**

3. Defendant's legal staff is in DEFAULT <u>and</u> have perhaps committed <u>CONSPIRACIES, PERJURY, DECEIT, LIES,</u> and perhaps "CONSPIRED TO ACCOST STAFF TO "<u>perjury</u>" and to "COOPERATE" with non-diligent legal staff assigned to defendant President George Bush.

4. Defendant's legal staff are required to be ..."held to same pleading requirements demanded of private litigants who brings action"...

> United States v City of Philadelphia, 644 F.2d 187 (1980)
> The "Courts have a duty to ensure that pro se litigants do not lose the <u>right to a hearing on the merits of a claim</u> as a result of ignorance or technical procedure."
> <u>Brown v Frey,</u> 806 F.2d 801, 804 (8th cir 1986)

5. Plaintiff, as a courtesy, and as a **"PROTECTION"** against "attorneys of the government", did <u>service</u> defendant President George Bush, at WHITE HOUSE OFFICE, 1600 Pennsylvania Ave., NW, Washington, D.C. 20001.

6. This court may merely request a "certified" copy of receipt of these "COMPLAINT, and MOTIONS" that Plaintiff John Vincent Hyland, Jr., serviced upon defendant President George Bush at the address, supra, item 5.

7. In other words, alleges Plaintiff, a "CERTIFIED STATEMENT" from "WHITE HOUSE OFFICE" would assure this Court that the defendant's legal staff are perjurors and have <u>lied</u> and perhaps <u>"coerced"</u> subordinate clerks to "falsehoods" that would come out at a <u>"JURY TRIAL"</u> as DEMANDED in this COMPLAINT.

RELIEF REQUESTED

1. Plaintiff requests this court to find the law in favor of plaintiff and therefore plaintiff's MOTION FOR DEFAULT must be GRANTED by this Honorable Court upon RECONSIDERATION.

2. Plaintiff requests that this Court retract and dismiss the previous DISMISSAL ORDER.

3. In lieu of being granted REHEARING and RECONSIDERATION, plaintiff requests this court to issue to plaintiff a CERTIFICATE OF APPEALABILITY forthwith upon any denial of this pro se motion, supra.

4. Plaintiff requests this Court to GRANT REHEARING on the facts that defendant President George Bush failed to possess lawful CONSTITUTIONAL jurisdiction to appoint a CHIEF JUSTICE OF THE UNITED STATES SUPREME COURT.

5. Plaintiff requests this Court to ORDER that the appointment is VOID AB INITIO for want of lawful CONSITUTIONAL JURISDICTION as pleaded by this pro se litigant, John Vincent Hyland, Jr.,.

February 8, 2006

Respectfully submitted,

John Vincent Hyland, Jr.
Plaintiff, pro se
# 228879
Parnall Correctional Facility
1790 Parnall
Jackson, MI 49201

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 18, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Vincent Hyland, Jr., | Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VIA U.S. POSTAL CERTIFIED MAIL DOMESTIC RETURN RECEIPT ATTACHED.
THE WHITE HOUSE OFFICE WASHINGTON, D.C. 20500

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 24, 2005
                    Date

Signature of Server: John Vincent Hyland, Jr., Plaintiff

Address of Server: Parnall Correctional
1790 Parnall
[MI] 49201

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
PRESIDENT GEORGE BUSH
WHITE HOUSE
1600 PENNSYLVANIA AVE
WASHINGTON DC
20500

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: THE WHITE HOUSE OFFICE WASHINGTON, D.C. 20500   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: OCT 18 2005
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery?  ☐ Yes

Article Number: 0514 3827 3846

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE October 21, 2005 |
| NAME OF SERVER (PRINT) John Vincent Hyland, Jr., | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED VIA U.S. POSTAL CERTIFIED MAIL.
    DOMESTIC RETURN RECEIPT ATTACHED.
    SIGNED BY: S. ROBINSON.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 21, 2005
         Date

Signature of Server   John Vincent Hyland, Jr.
                      Plaintiff.

Parnall Correctional
1790 Parnall
Address of Server
Jackson, MI 49201

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY
501 3rd STREET, NW
WASHINGTON D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
S. ROBINSON  10/12/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7001 00141 382 1148 985

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 12, 2005 |
| NAME OF SERVER (PRINT) John Vincent Hyland, Jr., | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VIA U.S. POSTAL CERTIFIED MAIL
DOMESTIC RETURN RECEIPT ATTACHED.
SIGNED BY: PAILES

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 24, 2005
              Date

Signature of Server: John Vincent Hyland, Jr.,

Address of Server:
Parnall Correctional
1790 Parnall
Jackson, MI 49201

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. ATTORNEY GENERAL
DEPARTMENT JUSTICE
650 PENNSYLVANIA AVE NW
WASHINGTON, D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[signature] Pailes
OOOCT 1 2 2005

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
0014 3827 5839

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,    Case No. 1:05CV01878
   Plaintiff,

                       Honorable: JUDGE: Reggie B. Walton

-vs-

President George Bush
   Defendant.
_____/


PROOF OF SERVICE

   NOW COMES, Plaintiff, John V. Hyland, Jr., pro se, and swears under penalty of perjury that on this February 13, 2006, he placed the following with an "OFFICIAL" for EXPEDITED LEGAL MAIL to the following, and FIRST CLASS POSTAGE affixed.

   1. PLAINTIFF'S REQUEST FOR: RECONSIDERATION and ORDER: "President of United States"
Does NOT POSSESS JURISDICTION to APPOINT A CHIEF JUSTICE OF UNITED STATES SUPREME COURT.

   2. Two copies to Clerk, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C 20001.

   3. One copy to: Defendant President George bush, WHITE HOUSE OFFICE, 1600 Pennsylvania Ave., NW, Washington, D.C. 20001.

   4. One copy to: U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001.

   5. One copy to: Attorney General, Department of Justice, 650 Pennsylvania Ave., NW, Washington, D.C. 20530.

February 13, 2006

                                         Respectfully submitted,

                                         John Vincent Hyland, Jr.
                                                   Plaintiff, pro/se
                                                        # 228879
                                   Parnall Correctional Facility
                              1790 Parnall, Jackson, MI 49201