UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN HYLAND, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1878 (RBW) |
| GEORGE BUSH, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Imposition of Filing Restrictions Against Plaintiff, and any Opposition thereto, it is this _____ day of _____, 2006, hereby

ORDERED, that the Motion is granted, and it is further

ORDERED, that Plaintiff shall not file any further motions without leave of Court, and it is further

ORDERED, that Defendant is relieved from his obligation to respond to any pending or further motions filed by Plaintiff absent an order of the Court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

John Hyland, Jr.
#228879
Parnall Correctional Facility
1790 Parnall
Jackson, MI  49201