UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,
    Plaintiff,

Case No. 1:05CV01878

Honorable: JUDGE: Reggie B. Walton

-vs-

United States of America.
    Defendant.

and: President George Bush,
    Defendant,

(Formerly: Exclusively Defendant: President George Bush)
_____/


PLAINTIFF'S MOTION FOR THIS COURT
TO
COMPLY WITH TITLE 28
Rule 52(a)(b)(c)

_____

NOW COMES, Plaintiff, pro se, and requests this Court to RECONSIDER pursuant to Title 28, Rule 52(a)(b)(c) "Findings by the Court"

_____

1. NOW COMES Plaintiff, pro se, and requests court to comply with Title 28, rule 52(a)(b)(c) and articulate its "FINDINGS OF FACT".

2. Plaintiff's request is to provide this court with another OPPORTUNITY to comply with Federal Rules of Civil Procedure and to articulate response to each of Plaintiff's pro se submissions to this court.

February 17, 2006

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro se.

Houston v Lack, 487 U.S. 266, 275-76 (1988)
(prisoners notice deemed filed when delivered to prison official)

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,　　　　　　　　Case No. 1:05CV01878
　　Plaintiff,

　　　　　　　　　　　　　　　Honorable: JUDGE: Reggie B. Walton

-vs-

United States of America.
　　Defendant.

and: President George Bush,
　　Defendant,

　　(Formerly: Exclusively Defendant: President George Bush)
_____/

PROOF OF SERVICE

NOW COMES, Plaintiff, pro se, John Vincent Hyland, Jr, and swears under penalty of perjury that he placed the following in the mail with first class postage affixed, February 17, 2006.

1. Two copies to: CLERK, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W. Washington, D.C. 20001.

2. One copy to each of:

U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001
and
U.S. Attorney General, D.O.J. 650 Pennsylvania Ave. NW, Washington, D.C. 20530.

3. PLAINTIFF'S MOTION FOR THIS COURT TO COMPLY WITH TITLE 28  Rule 52 (a)(b)(c)

"Findings by the Court"

February 17, 2006　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　John Vincent Hyland, Jr.,
　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff, pro se
　　　　　　　　　　　　　　　　　　　　　　　　# 228879
　　　　　　　　　　　　　　　　　　　Parnall Correctional Facility
　　　　　　　　　　　　　　　　　　　　　　　1790 Parnall
　　　　　　　　　　　　　　　　　　　　　　Jackson, MI 49201