## UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,
  Plaintiff,

                     Case No. 1:05CV01878

              Honorable: JUDGE: Reggie B. Walton

  -vs-

United States of America.
  Defendant.

and: President George Bush,
    Defendant,

   (Formerly: Exclusively Defendant: President George Bush)

                               JURY DEMAND

                        CLAIM EXCEEDS $ 50,000.

### PLAINTIFF'S RESPONSE TO: DEFENDANT'S COUNSELS' MOTION FOR IMPOSITION OF FILING RESTRICTIONS,"...[etc.]

March 2, 2006

                        Respectfully submitted,

                      John Vincent Hyland, Jr.,
                          Plaintiff, pro se

RIGHTS PRESERVED BY PLAINTIFF:

## JURY DEMAND

Title 28 - JUDICIAL PROCEDURE.

Jury Demand.
Rule 38 (a) Right Preserved.
The right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by statute of the United States shall be preserved to the parties inviolate.
(b). Demand. Any party may demand a trial by jury of any issue triable of right by a jury by: (1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than ten days after the service of the last pleading directed to such issue, and (2). filing the demand as required by Rule (d).
(c). Same. Specification of Issues. In the demand a party may specify the issues which the party wishes so tried; otherwise the party shall be deemed to have demanded trail by jury for all the issues so triable."

Plaintiff CLEARLY made JURY DEMAND on the face of the SUMMONS and COMPLAINT.

This "JURY DEMAND" is unequivocal. = "Clear; plain capable of being understood in only one way, or as clearly demonstrated."

Black's Law Dictionary - Abridged Sixth Edition, page 1062.

Jury. Black's Law Dictionary, supra, page 596:
"A jury is a body of persons temporarily selected from the citizens of a particular district, and invested with power to present or indict a person for a public offense, or to try a question of fact." (Emphasis added).

- i -

NOW COMES, Plaintiff, John V. Hyland, Jr, and requests this Honorable Court to SANCTION defendant on grounds of "DEFAULT and DEFAULT JUDGMENT" as entered and on other grounds previously cited to this court.

Bounds v Smith, 430 U.S. 817, 821 (1977)
"Prisoners retain right of access to courts."

Defendant himself has again been caught in "LIES, UNTRUTHS, INCOMPETENCE, DISREGARD OF  (re: Current television EXPOSURE) "POTENTIAL TRAGEDY TO LOUISIANA, GALVESTON ISLAND and "failed to heed advice of "EXPERTS" and which FAILURE resulted in deaths that would have been avoided if the President was a president who "cared about RIGHTS and responsibilities that if properly heeded would have stemmed the loss of life and property sufficiently early enough to "save lives."

The "carelessness" [would care "less"] of defendant and the legal staff of defendant warrants the APPROPRIATE disposition of this matter at bar in favor of Plaintiff, forthwith.

NAMELY:  Affirmation of the Clerk's entry of:
JUDGMENT IN DEFAULT AGAINST DEFENDANT.

Counsel, February 22, 2006, MOTION FOR IMPOSITION OF SANCTIONS, et al, is the classical "RED HERRING" that was first proposed at this highest level by the great President of the United States, Harry S. Truman, who triumphantly emphasized:

"THE BUCK STOPS HERE."

The defendant, now President George Bush, while a member of the NATIONAL GUARD was "absent without leave" and "aired" during the contest of party nomination to the Office of President and it would appear that defendant "cares less" about

-1-

responsibilities mandated by:

"THE CONSTITUTION OF THE UNITED STATES"

Preamble

"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and ensure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

Plaintiff alleges that it must be OBVIOUS to any "ordinary non-attorney that defendant President George Bush was elected merely because he was the "lesser of two evils."

Defendant's counsel proposes that this court decline motions of Plaintiff and even SANCTION plaintiff for why?   The HEAT is on?

Defendant and defendant's counsel has FAILED TO RESPOND TO THE CIVIL COMPLAINT and that is ground for "DEFAULT JUDGMENT FOR THE RELIEF REQUESTED IN THE CIVIL COMPLAINT.

The CIVIL COMPLAINT was acknowledged by defendant's attorneys and they FAILED TO PROTECT THE DEFENDANT.

Simply put. Defendant was PERSONALLY SERVED the CIVIL COMPLAINT, JURY DEMAND and the appropriate documentation forwarded to the Clerk of this Court.

Defendant's attorneys, as ORDERED BY THE CLERK OF THIS COURT, were simultaneously SERVED and the postal return receipts of REGISTERED MAIL were submitted to the CLERK OF THIS COURT.

The CLERK OF COURT entered a DEFAULT JUDGMENT pursuant to Title 28, Rule 55.

Crossing in the mail was Plaintiff's MOTION FOR ENTRY OF DEFAULT JUDGMENT, which Plaintiff believes is still NOT ENTERED by this Court.

Plaintiff requested this Court to "INVESTIGATE" defendant's counselors' allegations placing "BLAME" upon some "GHOST CLERK or CLERKS", who failed to process the CIVIL COMPLAINT and notify the DEFENDANT'S COUNSELORS.

Plaintiff says: "HORSE HOCKEY."

There should be a INVESTIGATION of the Defendant's attorneys' allegations of laying blame upon THREE UNFORTUNATE SUBORDINATES, who mysteriously are no longer employed by defendant's legal staff.

SUSPICIOUS?

PERJUROUS?

FRAUDULENT and RECKLESS placing of "BLAME?"

Plaintiff alleges that all of the above are reasonably accurate to the point that this Court should ORDER Defendant and Defendant's legal staff to withdraw PENDING CRIMINAL INVESTIGATION OF THE CHARGES OF:

A. FRAUD UPON PLAINTIFF.

B. FRUAD UPON THIS COURT.

C. MALPRACTICE.

D. CARELESS DISREGARD OF DUTY TO PROTECT PRESIDENT.

E. FAILURE TO DEFEND PRESIDENT.

F. PERJUROUS STATEMENTS TO THIS COURT.

G. NEGLECT OF SWORN DUTY.

H. PERHAPS "RELOCATING" THE CLERKS who were "blamed" by Defendant's counselors.

I. SANCTIONS upon Defendant's attorneys for "PERJUROUS" statements and libelous statements that should not be condoned by this Court and will not be condoned by this Plaintiff.

J. SANCTIONS and termination of employment of Defendant's attorneys on grounds of deceit, irresponsibilities, deception whereas Defendant's counselors made accusation that Plaintiff's CIVIL COMPLAINT is "frivolous."

K. Sanctions should be further placed upon Defendant's legal representatives, who were served PROCESS of SUMMONS and COMPLAINT, but STATED UNDER OATH TO THIS COURT that Plaintiff had: "NOT SERVED THE DEFENDANT."

HOWEVER, Defendant's attorneys were SERVED PROOF OF SERVICE which, under sworn statement says that Defendant President George Bush was served at WHITE HOUSE OFFICE pursuant to published address of 1600 Pennsylvania Ave, NW, Washington, D.C., 20001, and those RETURN RECEIPTS forwarded to this Court with PROOF OF SERVICE.

L. There has NEVER BEEN A REPLY to Plaintiff FROM PRESIDENT GEORGE BUSH, WHITE HOUSE OFFICE, supra.

M. The most significant "RED HERRING" is that the ISSUE has NEVER BEEN RESOLVED nor addressed by Defendant, nor by Defendant's attorneys.

N. FURTHERMORE, alleges Plaintiff, pro se, this HONORABLE DISTRICT COURT of the District of Columbia has NOT ADDRESSED THE CAUSE OF ACTION nor addressed the RULE OF LAW:

Firstly:    There  is  NO  PROVISION  in  United  States

-4-

Constitution for the President to appoint a "CHIEF JUSTICE OF THE UNITED STATES SUPREME COURT."

<u>Secondly</u>. Title 28, Federal Rules of Civil Judicial Procedure and Rules, Supreme Court Rule, Chapter § three, "Vacancy in office of Chief Justice; disability:

"Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties <u>shall</u> devolve upon the associate justice next in precedence who is able to act,...

§ 4. Precedence of associate justices.

"Associate justices shall have precedence according to the seniority of their commissions. Justices whose commissions bear the same date shall have precedence according to seniority in age."


SUMMATION:

The President of the United States is <u>without lawful authority</u> to appoint a <u>Chief Justice</u> to the Supreme Court.

See: Civil Complaint and the subsequent pro se motions and declarations.

<u>STRANGELY</u>:  THERE <u>STILL</u> HAS <u>NOT</u> BEEN AN ANSWER TO THE <u>COMPLAINT</u>.

March 2, 2006                          Respectfully submitted,

                                       John Vincent Hyland, Jr.,

                                            Plaintiff, pro se

## UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,                        Case No. 1:05CV01878
   Plaintiff,

                 Honorable: <u>JUDGE: Reggie B. Walton</u>

  -vs-

United States of America.
   Defendant.

and: President George Bush,
    Defendant,

   (Formerly: Exclusively Defendant: President George Bush)
_____/

### PROOF OF SERVICE

NOW COMES, Plaintiff, pro se, John Vincent Hyland, Jr, and swears under penalty of perjury that he placed the following in the mail with first class postage affixed, March 6, 2006.

1. Two copies to:  CLERK, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W. Washington, D.C. 20001.

2. One copy to each of:

U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001
and
U.S. Attorney General, D.O.J. 650 Pennsylvania Ave. NW, Washington, D.C. 20530.

and
One copy to: President George Bush, WHITE HOUSE OFFICE, 1600 Pennsylania Ave, NW, Wahington, D.C. 20001.

3. PLAINTIFF'S RESPONSE TO: DEFENDANT'S COUNSELS' MOTION FOR IMPOSITION OF FILING RESTRICTIONS,"...[etc.]

March 6, 2006

                        Respectfully submitted,

                    John Vincent Hyland, Jr.,
                       Plaintiff, pro se
                         # 228879
Parnall Correctional Facility
                        1790 Parnall
                    Jackson, MI 49201