IN THE SUPREME COURT

John Vincent Hyland, Jr,
    Plaintiff-Appellant,

S.Ct # _____

District of Columbia No. 1:05CV01878

-vs-

United States of America.
    Defendant.

and: President George Bush,
    Defendant,

(Formerly: Exclusively Defendant: President George Bush)
_____/

JURY DEMAND

CLAIM EXCEEDS  $ 50,000.

PLAINTIFF'S RESPONSE TO:
DEFENDANT'S COUNSELORS OF RECORD.

RECEIVED
MAR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

March 20, 2006

Respectfully submitted,

John Vincent Hyland, Jr,
    Pro se

NOW COMES Plaintiff, John V. Hyland, Jr., March 20, 2006, and acknowleges receipt of:

"DEFENDANT'S REPLY IN SUPPORT OF THE MOTION FOR IMPOSITION OF FILING RESTRICTIONS AGAINST PLAINTIFF"

The above "DEFENDANT'S REPLY...is NOT DATED.

There is a "CONCLUSION" but there is NOT A "RELIEF REQUESTED."

The "CONCLUSION" page is NOT NUMBERED.

The stapled first and second in order pages are NOT NUMBERED.

The "CERTIFICATE OF SERVICE" fails to indicate to WHOM the "CERTIFICATE OF SERVICE" applies, nor is it "SWORN" statement under penalty of perjury.

FURTHERMORE, Plaintiff serviced the U.S. Attorney and the U.S. Attorney General with:
APPLICATION TO:
JUSTICE JOHN PAUL STEVENS
FOR WRIT OF CERTIORARI."
Exhibit: EXPEDITED LEGAL MAIL receipts.

The above should PROVE to this Court that U.S. Attorney Office and U.S. Attorney General, D.O.J. office is, are :

? ? ? ? _____

Plaintiff will leave it to this court to fill in the blanks.

If this honorable court was serviced with required quantity of copies of defendant's counselors':

"DEFENDANT'S REPLY IN SUPPORT OF THE MOTION FOR IMPOSITION OF FILING RESTRICTIONS AGAINST PLAINTIFF"

received by Plaintiff March 20, 2006, evening.

PLAINTIFF, pro se, alleges that SERVICE upon this court is not warranted until Justice John Paul Stevens ORDERS plaintiff's PROCEDURAL alternatives.

EXHIBIT: Copy of: EXPEDITED LEGAL MAIL March 6, 2006.

March 20, 2006

John Vincent Hyland, Jr.,
Plaintiff, pro se
address in this clerk's files.

-1-

| | |
|---|---|
| MICHIGAN DEPARTMENT OF CORRECTIONS | 4835-3318 5/02 |
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER) | CSJ-318 |

**Please PRINT clearly illegible and/or incomplete forms will not be processed.**

Lock: 7-B-10        Institution: Parnall

Prisoner Number: 228879        Prisoner Name (Print Clearly): John Hyland

☒ Legal Postage    ☐ Filing Fee $       ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case    ☒ Case Number: 1:05cv01878

Pay To: Postage - First Class

Mailing Address: Clerk
U.S. Supreme Court
Washington, D.C. 20543

**The following section must be completed in Authorizing Staff Member's presence.**

Prisoner Signature: [signature]    Date & Time Submitted: 3-6-06  1:00

Received By (Print Name & Title): [signature]    Staff Signature: [signature]

Date & Time Received by Authorizing Staff: 03/06/06  1:06 AM

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.

☐ Not hand delivered to authorizing staff member.    ☐ New case or case number not on form.

☐ Does not include court order for handling as certified mail.    ☐ Other

☐ Prisoner refused to sign & date in staff member's presence.

**Section below to be completed by Mail Room Staff**

Placed in Mail by (Print Name & Title): Joseph Knoll    Signature: [signature]

Postage Amount: $ 1.59    Date & Time Placed in Outgoing Mail: 3-7-06

**Only Business Office Staff Are to Write in the Section Below**

| Obligation Amount | Actual Expense |
|---|---|
|  |  |
|  |  |
|  | 1.59 |

☐ Court Filing Fee Denied due to NSF.

Date Posted: 3.9.06

Date & Time Copy Sent to Prisoner: 3.9.06 12:00

Processed By (Print Name & Title): **S. Knickerbocker Acct. Asst. E-8**

Signature: S Knickerbocker

DISTRIBUTION: White - Prisoner Accounting    Canary - Prisoner    Pink - Counselor's File    Goldenrod - Prisoner

| | |
|---|---|
| MICHIGAN DEPARTMENT OF CORRECTIONS<br>DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER) | 4835-3318 5/02<br>CSJ-318 |

**Please PRINT clearly illegible and/or incomplete forms will not be processed.**

Lock: 7-B-10    Institution: Parnall

Prisoner Number: 228879    Prisoner Name (Print Clearly): JOHN Hyland

- ☐ Legal Postage
- ☐ Filing Fee $
- ☐ Certified Mail (Must Be a Court Ordered Requirement)
- ☐ New Case
- ☑ Case Number: 1:05cv01878

Pay To: Postage - 1st Class

Mailing Address: President George Bush
White House Office
1600 Pennsylvania Ave NW
Washington D.C. 20001

**The following section must be completed in Authorizing Staff Member's presence.**

Prisoner Signature: [signature]    Date & Time Submitted: 3-6-06  /:00
Received By (Print Name & Title): [illegible]    Staff Signature: [signature]
Date & Time Received by Authorizing Staff: 03/06/06  1:00

**Authorization Denied:**

- ☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.
- ☐ Not hand delivered to authorizing staff member.
- ☐ New case or case number not on form.
- ☐ Does not include court order for handling as certified mail.
- ☐ Other
- ☐ Prisoner refused to sign & date in staff member's presence.

**Section below to be completed by Mail Room Staff**

Placed in Mail by (Print Name & Title): [illegible]    Signature: [signature]
Postage Amount: $1.35    Date & Time Placed in Outgoing Mail: 3-7-06  0725

**Only Business Office Staff Are to Write in the Section Below**

| Obligation Amount | Actual Expense | |
|---|---|---|
| | | |
| | | |
| | 1.35 | |

☐ Court Filing Fee Denied due to NSF.

Date Posted: 3.9.06
Date & Time Copy Sent to Prisoner: 3.9.06  12:00

Processed By (Print Name & Title): S. Knickerbocker Acct. Asst. E-8    Signature: SKnickerbocker

DISTRIBUTION: White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner

| MICHIGAN DEPARTMENT OF CORRECTIONS | 4835-3318 5/02 |
|---|---|
| DISBURSEMENT AUTHORIZATION **(EXPEDITED LEGAL MAIL - PRISONER)** | CSJ-318 |

**Please PRINT clearly illegible and/or incomplete forms will not be processed.**

Lock: 7-B-10
Institution: PARNALL

Prisoner Number: 228879
Prisoner Name (Print Clearly): John Hyland

☑ Legal Postage    ☐ Filing Fee $    ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case    ☑ Case Number: 1:05CV 01878

Pay To: POSTAGE - FIRST CLASS
Mailing Address: U.S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
650 PENNSYLVANIA AVE NW
WASHINGTON D.C. 20530

**The following section must be completed in Authorizing Staff Member's presence.**

Prisoner Signature: [signature]    Date & Time Submitted: 3-6-06 1:00
Received By (Print Name & Title): [illegible]    Staff Signature: [signature]
Date & Time Received by Authorizing Staff: 03/06/06 1500

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.
☐ Not hand delivered to authorizing staff member.    ☐ New case or case number not on form.
☐ Does not include court order for handling as certified mail.    ☐ Other
☐ Prisoner refused to sign & date in staff member's presence.

**Section below to be completed by Mail Room Staff**

Placed in Mail by (Print Name & Title): Joseph Krol    Signature: [signature]
Postage Amount: $1.35    Date & Time Placed in Outgoing Mail: 3-7-06

**Only Business Office Staff Are to Write in the Section Below**

| Obligation Amount | Actual Expense | |
|---|---|---|
| | | ☐ Court Filing Fee Denied due to NSF. |
| | 1.35 | Date Posted: 3.9.06 |
| | | Date & Time Copy Sent to Prisoner: 3.9.06 12:00 |

Processed By (Print Name & Title): S. Knickerbocker Acct. Asst. E-8    Signature: SKnickerbocker

DISTRIBUTION: White - Prisoner Accounting    Canary - Prisoner    Pink - Counselor's File    Goldenrod - Prisoner

| MICHIGAN DEPARTMENT OF CORRECTIONS | 4835-3318 5/02 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER) | CSJ-318 |

Please PRINT clearly illegible and/or incomplete forms will not be processed.

Lock: 7-B-10

Institution: Parnall

Prisoner Number: 228874

Prisoner Name (Print Clearly): John Hyland

☑ Legal Postage  ☐ Filing Fee $ _____  ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case  ☑ Case Number: 1:05cv01878

Pay To: Postage - First Class

Mailing Address: U.S. Attorney
501 3rd Street
Washington, D.C. 20001

**The following section must be completed in Authorizing Staff Member's presence.**

Prisoner Signature: _[signed]_  Date & Time Submitted: 3-6-06 15:00

Received By (Print Name & Title): _[signed]_  Staff Signature: _[signed]_

Date & Time Received by Authorizing Staff: 03/06/06 1700

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.

☐ Not hand delivered to authorizing staff member.

☐ Does not include court order for handling as certified mail.

☐ Prisoner refused to sign & date in staff member's presence.

☐ New case or case number not on form.

☐ Other _____

**Section below to be completed by Mail Room Staff**

Placed in Mail by (Print Name & Title): Joseph Kreft  Signature: _[signed]_

Postage Amount: $ 1.35  Date & Time Placed in Outgoing Mail: 3-7-06 8:42

**Only Business Office Staff Are to Write in the Section Below**

| Obligation Amount | Actual Expense |
|---|---|
|  |  |
|  | 1.35 |

☐ Court Filing Fee Denied due to NSF.

Date Posted: 3 9 06

Date & Time Copy Sent to Prisoner: 3 9 06 12:00

Processed By (Print Name & Title): **S. Knickerbocker Acct. Asst. E-8**  Signature: S Knickerbocker

DISTRIBUTION: White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner

IN THE SUPREME COURT

---

John Vincent Hyland, Jr,  
    Plaintiff-Appellant,

S.Ct # _____

Distcict of Columbia No. 1:05CV01878

-vs-

United States of America.  
    Defendant.

and: President George Bush,  
    Defendant,

(Formerly: Exclusively Defendant: President George Bush)

_____/

PROOF OF SERVICE

    NOW COMES, Plaintiff, pro se, John Vincent Hyland, Jr, and swears under penalty of perjury that he placed the following in the mail with first class postage affixed, March 21, 2006.  
Re:  
PLAINTIFF'S RESPONSE TO:  
DEFENDANT'S COUNSELORS OF RECORD.

    1. Two copies, original signature, to:  
JUSTICE JOHN PAUL STEVENS, United States Supreme Court, Washington, D.C.

    2. One copy to CLERK: United States Supreme Court, Washington, D.C.

    3. Two copies to: CLERK, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W. Washington, D.C. 20001.

    4. One copy to each of:

U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001  
and  
U.S. Attorney General, D.O.J. 650 Pennsylvania Ave. NW, Washington, D.C. 20530.  
and  
    One copy to: President George Bush, WHITE HOUSE OFFICE, 1600 Pennsylania Ave, NW, Wahington, D.C. 20001.

March 21, 2006

                                          Respectfully submitted,

                                          John Vincent Hyland, Jr.,  
                                                Plaintiff, pro se