UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

John Vincent Hyland, Jr.,             Case No. 1:05CV01878
    Plaintiff,

              Honorable: <u>JUDGE: Reggie B. Walton.</u>

-vs-

United States of America.
    Defendant.

and: President George Bush,
    Defendant,

(Formerly: Exclusively Defendant: President George Bush)
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

PLAINTIFF'S BRIEF
FOR <u>RETROACTIVE</u>
DISQUALIFICATION
OF TRIAL JUDGE Reggie B. Walton
and REHEARING ON CONSTITUTIONAL MERITS.
FRAUD UPON THE COURT - NOT TIME BARRED

---

and:
PLAITIFF'S DEMAND FOR RELIEF
DEMANDED IN CIVIL COMPLAINT
and SUBSEQUENT PLEADINGS.

---

June 26, 2006                                      Respectfully submitted,

RECEIVED

JUL 10 2006

NANCY MAYER-WHITTING
U.S. DISTRICT COURT

John Vincent Hyland, Jr.,
Plaintiff, pro se

FACTS OF THE DEFAULT

1. Defendant's attorneys never replied to Plaintiff's:

Docket entry 8:

"MOTION for Default Judgment as to defendant by JOHN VINCENT HYLAND, JR. (td,) (Entered: 01/11/2006)

1(a) More than SIX MONTHS has now expired and defendant has NOT REPLIED which guarantees to Plaintiff the entry of DEFAULT JUDGMENT FOR THE RELIEF REQUESTED. Title 28, Civil Procedures.

2. On January 25, 2006, docket entry # 10, Judge Reggie B. Walton was entered as "Signed by Judge Reggie B. Walton on 1/25/06.(lcrbwl,)(Entered: 01/25/2006)

3. HOWEVER. This Court and the United States Supreme Court RULES OF CIVIL PROCEDURE mandate that all MOTIONS BE SIGNED.

4. i.e. AN UNSIGNED COURT DOCUMENT IS INVALID AB INITIO.

5. It is now more than six (6) MONTHS since the non-jurisdictional entry 10.

-1-

JURISDICTION

1. It is now _more than six_ (6) months since 12/28/2005 ENTRY # _7_, "Clerk's ENTRY OF DEFAULT as to GEORGE BUSH (td,) (Entered: 12/28/2005)"

2. This entry # _7_ by Clerk and pursuant to RULES OF CIVIL PROCEDURE, Rule 55.:

"Default (a) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

NOTE: Docket Entry # _6_, 12/19/05: "AFFIDAVIT FOR DEFAULT by JOHN VINCENT HYLAND, JR. (td,) (Entered: 12/28/2005)"

3. THEREFORE, alleges pro se Plaintiff, this Court is DUTY-BOUND to enter a DEFAULT JUDGMENT for the RELIEF REQUESTED without further delay.

4. FURTHERMORE, alleges Pro se Plaintiff, the counselors for defendant no longer have "STANDING" to reply or in any other way defend, pursuant to the DEFAULT and AFFIDAVIT IN SUPPORT which Plaintiff complied and which the CLERK of this court complied.

5. This COURT has failed to establish judicial cause for interferring with PLAINTIFF'S CIVIL COMPLAINT - JURY DEMAND that has **NOT** been jurisdictionally objected to nor jurisdictionally defended against.

FIRST CAUSE OF ACTION:

1. The United States Senate failed to acquire <u>lawful jurisdiction</u> over the <u>SUBJECT MATTER</u> of confirmation of APPOINTMENT of a <u>JUSTICE TO SUPREME COURT</u>.

2. A court without lawful jurisdiction fails to acquire <u>LAWFUL JURISDICTION</u>.

3. A court's failure to acquire lawful jurisdiction <u>RENDERS ALL ORDERS VOID AB INITIO</u>.

APPLICATION TO CHIEF JUDGE:

PLAINTIFF'S REQUEST FOR REHEARING
ON GROUNDS OF:
NEWLY DISCOVERED EVIDENCE:
FRAUD UPON THE COURT,
FRAUD UPON PRO SE PLAINTIFF

---

NOW COMES, Petitioner, pro se, John Vincent Hyland, Jr., and requests REHEARING on the grounds of FRAUD UPON THE COURT, FRAUD UPON PRO SE PLAINTIF. not time barred.

Plaintiff requests 21 days grace period beginning with this Court's GRANTING of PLAINTIFF'S MOTION FOR REHEARING, supra, in which to SUBMIT a pro se MOTION and BRIEF in support of ACCUSATIONS OF <u>FRAUD UPON THE COURT</u>, and/or FRAUD UPON PRO SE PLAINTIFF.

Plaintiff applied to Justice John Paul Stevens and recited grounds of:

FRAUD by respondent's attorneys.

FRAUD by District Court trial judge Reggie B. Walton.

Plaintiff requests DISQUALIFICATION of judge Reggie B. Walton in this case. Plaintiff further requests disqualification of <u>specific</u> attorneys that are subjects of this "FRAUD UPON THE COURT, FRAUD UPON PRO SE LITIGANT", and STATUTORY attorneys for defendant.

NAMES: in general but not all conclusive...

1. A. KENNETH L. WAINSTEIN, D.C. BAR # 48108(?);

2. R. CRAIG LAWRENCE, D.C. BAR # 171538;

and

3. JOHN HENAULT, D.C. BAR # 472590, et seq U.S. ATTORNEYS in general <u>disqualified</u> on grounds of NON-COMPLIANCE with "TIMELY", nor with "PLEADINGS CONSISTENT WITH THE <u>CIVIL COMPLAINT</u> and subsequent motions and affidavits submitted by pro se PLAINTIFF, John Vincent Hyland, Jr.

PLAINTIFF'S REQUEST FOR ORDER:

"UNSIGNED ORDERS OF THIS COURT
ARE VOID AB INTIO
AND APPEALABLE AT ANY TIME"

---

FIRST CAUSE OF ACTION:

1. More than six months have expired since Clerk of this Court jurisdictionally entered:

"DEFAULT JUDGMENT" in favor of Plaintiff John Vincent Hyland, Jr., docket entry # 7, (ENTERED: 12/28/2005) "Clerk's ENTRY OF DEFAULT as to GEORGE BUSH (td,) (Entered: 12/28/2005)."

2. Plaintiff makes demand, pursuant to Rules of Court, supra, infra, re: ENTRY OF DEFAULT, Rule 55 and Rule 60(b) "Fraud, etc." and (b)"or to set aside a judgment for fraud upon the court."

SECOND CAUSE OF ACTION:
2.1. Rule 12. Defenses and Objections--When and How Presented--
(a) When Presented.
(1) Unless a different time is prescribed in a statute of the United States, a defendant shall serve an answer
(A) within 20 days after being served with the summons and complaint,
(3) The United States or an officer or agency thereof shall serve an answer to the complaint or to a cross-claim, or a reply to a counterclaim, within 60 days after the service upon the United States attorney of the pleading in which the claim is asserted."

THIRD CAUSE OF ACTION:

Plaintiff, pro se, alleged, and re-alleges that the "attornies" for defendant failed to "TIMELY REPLY"

Plaintiff DEMANDS The failure to "TIMELY REPLY TO CIVIL COMPLAINT" mandates entry of:

"DEFAULT JUDGMENT FOR THE RELIEF REQUESTED"

See: Rule 55. Default.

## PLAINTIFF'S DEMAND
## FOR ENTRY OF ORDER OF DEFAULT JUDGMENT
## and GRANTING OF RELIEF REQUESTED IN COMPLAINT.

NOW COMES, Plaintiff, John Vincent Hyland, Jr., pursuant to Rule 55, et seq.

1. Docket Entry # 6 AFFIDAVIT FOR DEFAULT by JOHN VINCENT HYLAND, JR. (td,)(Entered 12/28/2005)

2. Docket entry # 7 is the:

"Clerk's ENTRY OF DEFAULT as to GEORGE BUSH" (Entered: 12/28/2005)

3. Docket entry # 8 is Plaintiff's "MOTION FOR DEFAULT JUDGMENT as to defendant by JOHN VINCENT HYLAND, JR. (td,) Entered 01/03/2006."

4. Docket Entry # 9 is "MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION TO DISMISS and, MOTION TO SET ASIDE DEFAULT JUDGMENT ENTERED VIA COURT CLERK by GEORGE BUSH."

NOTE: Pages are not numbered, not even the so-called signature page and therefore the defendant's MOTION 9 is ineffective and without jurisdiction of this Court to render OPINION nor ORDER.

5. Docket Entry # 10 "MINUTE ORDER denying 8 MOTION FOR DEFAULT JUDGMENT, GRANTING 9 MOTION FOR LEAVE TO FILE, granting 9 MOTION TO SET ASIDE DEFAULT. Signed by Judge Reggie B. Walton on 1/25/06. (lccbw1,)" (Entered: 01/25/2006)

PLAINTIFF'S MOTION TO DISQUALIFY
JUDGE REGGIE B. WALTON.
AB INITIO.
GROUNDS OF "FRAUD UPON THE COURT"
FRAUD UPON PRO SE PLAINTIFF JOHN V. HYLAND, JR.,
NOT TIME BARRED.

1. Plaintiff, pro se, alleges that the RULES OF CIVIL PROCEDURE, SUPREME COURT Rules §§§ 2, 3, 4., clearly establish the procedure in Supreme Court for replacing the "CHIEF JUSTICE".

2. Just as CLEARLY Plaintiff, pro se, FILED CIVIL COMPLAINT with JURY DEMAND with purpose of correcting the ERRONEOUS "taking of office" of "CHIEF JUSTICE OF THE SUPREME COURT" by unqualified person: John Roberts who was NOT a Justice of the Supreme Court when CONGRESS erroneously placed JOHN ROBERTS into the seat of CHIEF JUSTICE, SUPREME COURT of the UNITED STATES.

3. NOW COMES, Plaintiff, pro se, John Vincent Hyland, Jr., and PRAYS this court to DISQUALIFY Judge Reggie B. Walton on grounds of prejudice against Plaintiff, and grounds of prejudice in favor of defendant, and grounds of malfeasance, misfeasance, prejudice, pre-judgment CONSPIRACY to violations of United States Constitution of Article II, Section 2. [2]

(re: President has "Power" to "nominate"...Judges of the Supreme Court"...

5. i.e. President has NO CONSTITUTIONAL JURISDICTION TO APPOINT A CHIEF JUSTICE of the Supreme Court.

6. Evidently it takes a CERTIFIED PUBLIC ACCOUNTANT to "show the CONSTITUTIONAL" mandate for authority to the placing of a "Chief Justice" to the Supreme Court.

7. That mandate issues from "Rules of the Supreme Court" - not - from United States Constitution.

8. Supreme Court Rule, Chapter 1. § 3. Vacancy in office of Chief Justice; disability

"Whenever the Chief Justice is unable to perform the duties of his office or the office is vacant, his powers and duties shall devolve upon the associate justice next in precedence who is able to act...

-7-

## CONCLUSION

1. The FAILURE to correct errors within six (6) months is a penalty of forfeiture to any other RIGHT OF ADJUDICATION. Title 28 - Civil Procedures.

2. WHEREAS Plaintiff's MOTION FOR DEFAULT JUDGMENT was entered correctly January 3, 2006 (entry # 8) and there has NOT been a VALID adjudication on the merits of Plaintiff's MOTION FOR DEFAULT JUDGMENT, then it follows that the MOTION FOR DEFAULT JUDGMENT must be granted pursuant to Title 28, Rule Civil Procedure, Rule 55. Default

(a) Entry. ...the clerk shall enter the party's default."

3. In this instant case at bar the CLERK did enter default upon Plaintiff's MOTION FOR ENTRY OF DEFAULT JUDGMENT.

4. This Court has never jurisdictionally adjudicated Plaintiff's allocuted MERITS, the affidavit, the court rules citations, and has failed to comply with RULES OF CIVIL PROCEDURE cited herein and throughout this litigation by Plaintiff.

5. The six month Rule has passed and Plaintiff is entitled, by law to the DEMAND this court to GRANT PLAINTIFF'S MOTION FOR DEFAULT.

6. If this Court fails to ENTER DEFAULT JUDGMENT, then it must be presumed that the COURT itself is guilty of "conspiracy(ies), malfeasance, misfeasance, collusion, favoritism toward defendant's attorneys even though those attorneys have committed PERJURY and FRAUD UPON THE COURT and FRAUD UPON PLAINTIFF and ABUSE OF AUTHORITY.

7. Plaintiff alleges there is collusion between judge Reggie B. Walton and defendant's attorneys that is OBVIOUS, FLAGRANT, ABUSIVE, WITHOUT LAWFUL JURISDICTION, and with criminal malice toward pro se defendant.

## RELIEF REQUESTED

1. GRANT and ORDER that: "ALL OF THE SUPREME COURT OF THE UNITED STATES <u>ORDERS</u> OF THIS <u>CURRENT TERM</u> are **void ab initio** for want of jurisdiction because the President of the United States of America is <u>without lawful authority to appoint a **CHIEF JUSTICE** to Supreme Court</u>."

2. **REFER TO:** CIVIL COMPLAINT and issue a WRIT OF CERTIORARI to "bring-up" the Civil Complaint in United States District Court, District of Columbia, Plaintiff John Vincent Hyland, Jr., vs President George Bush, and/or United States of America.

3. **NOTE:** There is evidence of **"FRAUD UPON THE COURT"**, **"FRAUD UPON PLAINTIFF"** whereas this trial court judge reversed the clerk's <u>LAWFUL ENTRY OF DEFAULT JUDGMENT and **MANDATES HEARING**</u>

4. Petitioner alleges Conspiracies between trial judge Reggie B. Walton and Defendant's counselors: KENNETH L. WAINSTEIN, D.C. BAR #451058; R. CRAIG LAWRENCE, D.C. BAR # 171538; JOHN HENHAULT, D.C. BAR # 472590.

5. Petitioner requests this Court to FIND and **ORDER** that the "DEFAULT JUDGMENT" entered by clerk of U.S. District Court, District of Columbia, Docket 05-1878(RBW) is legitimate and <u>**MUST STAND** and that the RELIEF REQUESTED must be issued.</u>

<u>6.</u> In lieu of issuing the above RELIEF REQUESTED, Plaintiff demands that this Court make an <u>ORDER</u> to Plaintiff that Plaintiff's cause of action is valid and pro so in forma pauperis APPEAL TO UNITED STATES SUPREME COURT is **granted**, and that <u>all costs enduced by Plaintiff will be ABSORBED by this District Court, District of Columbia</u> and NOTICE TO SUPREME COURT and NOTICE to Plaintiff John Vincent Hyland, Jr., will <u>issue forthwith.</u>

June 26, 2006         John Vincent Hyland, Jr., Plaintiff, pro se.

-9-

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

John Vincent Hyland, Jr.,  
   Plaintiff,  
                              Case No. 1:05CV01878

                    Honorable: JUDGE:   Reggie B. Walton.

-vs-

United States of America.  
   Defendant.

and: President George Bush,  
    Defendant,

(Formerly: Exclusively Defendant: President George Bush)  
_____/

                                              JURY DEMAND

                               CLAIM EXCEEDS $ 50,000.

PROOF OF SERVICE

    NOW COMES, Plaintiff, pro se, John Vincent Hyland, Jr., and swears under penalty of perjury that he placed the following in the mail with first class postage affixed, July 6, 2006.

    1. Two copies to: CLERK, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W. Washinton, D.C. 20001.

    2. One copy to DEFENDANT'S attorney respondents, Kenneth Wainstein, R. Craig Lawrence, John Henault, all at address pursuant to UNDATED REPLY, 555 4th Street, N.W. Washington, D.C. 20530.

    3. Copy of this PROOF OF SERVICE and inventory of PLEADINGS to:

    Defendant, President George Bush, WHITE HOUSE OFFICE, 1600 Pennsylvania Ave., NW, Washington, D.C. 20001.

July 6, 2006

                                            Respectfully submitted,  
                                            John Vincent Hyland, Jr.,  
                                            Plaintiff, pro-se  
                                            Parnall Correctional Facility  
                                      1790 Parnall, Jackson, MI 49201