*Leave to file is Granted. Judge Walton 9/5/06*

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

**RECEIVED**

AUG 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*File in 05-1878 per Chambers*

John Vincent Hyland, Jr.,
  Plaintiff,
#228879
Parnall Correctional
1790 Parnall, Jackson, MI 49201

Case No. 1:06CV01439

Honorable: JUDGE: Reggie B. Walton.

-vs-

John G. Roberts, Jr.
  Defendant.
Supreme Court
Washington, D.C. 20543-0001
_____/

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

PLAINTIFF'S MOTION FOR DISQUALIFICTION
OF JUDGE REGGIE B. WALTON

August 23, 2006

Respectfully submitted,

John Vincent Hyland, Jr.,
             Plaintiff

NOW COMES, Plaintiff, pro se, Pursuant to Title 28 - Civil Procedure - Judicial Procedure and Rules, § 144... Bias or prejudice of judge and states the following:

Judge Reggie B. Walton <u>failed</u> to "impactially adjudicate" CIVIL COMPLAINT:

<u>Hyland vs President George Bush</u>, aka: President of the United States, docket <u># 05CV01878</u> -- WHEREAS the defendant's legal staff are in DEFAULT, the Clerk entered the DEFAULT, and Plaintiff filed a MOTION FOR ENTRY OF DEFAULT JUDGMENT, <u>BUT:</u> trial judge REGGIE B. WALTON, <u>without notice</u>, ASSAULTED the <u>RIGHT TO BE HEARD BEFORE A FAIR AND IMPARTAIL ADJUDICATOR</u> but he <u>dismissed</u> the clerk's entry of DEFAULT.

NO Rule of civil procedure was cited bt judge WALTON, no NOTICE, and: <u>NO DEMAND UPON DEFENDANT TO DEFEND.</u>

Judge Reggis B. Walton <u>NEVER</u> adjudicated Plaintiff's MOTION FOR ENTRY OF DEFAULT JUDGMENT that was docketed January 3, 2006, entry # <u>8</u>.

Defendant's legal counsel FAILED TO REPLY TO THE CIVIL COMPLAINT and merely communicated with Judge Reggie B. Walton to SUA SPONTE ignore Plaintiff's MOTION FOR DEFAULT JUDGMENT.

Plaintiff alleges that "such Kangaroo Court" defies the 14th Amendment to the Constitution that the COURTS SHALL:

"Administer: "EQUAL APPLICATION OF THE LAWS" at all times.

THERE IS NO DOUBT AT ALL that defendant failed to reply.

Title 28 - CIVIL AND JUDICIAL PROCEDURE AND RULES, Rule § 455, Disqualification of justice, judge, or magistrate:

(a) Any justice, judge, or magistrate of the United States

shall disqualify himself in any proceedings in which his impartiality might reasonably be question." (Emphasis added)

This RULE § 144, is very liberal and essentially is telling

There is a "CERTAINITY" that judge Reggis B. Walton disfavored pro se plaintiff and that "prejudice" for or against a party is ground for DISQUALIFICTION pursuant to Rule § 144 and United States Constitution, Amendment Fourteen - Equal application of the law."

NOW COMES, Plaintiff, John Vincent Hyland, Jr., and requests this Honorable Court to "disqualify" Judge Reggie B. Walton, on the grounds that JUDGE REGGIE B. WALTON is prejudiced, BIASED or at least has the "appearance of prejudice and/or bias in favor or disfavor of a party" to this CIVIL COMPLAINT and cannot adjudicate a civil or criminal case where he is "PREJUDGING" and/or is "PREJUDICED" in favor of or in DISFAVOR of a party or parties to the action.

THEREFORE:

on the grounds of prejudgment or the "appearance of prejudgment" judge Reggie B. Walton, must be recused, disqualified forthwith.

Judge Reggie B. Walton previously DISMISSED this pro se litigant's CIVIL COMPLAINT that was in DEFAULT whereas the counselors for DEFENDANT failed to respond to the CIVIL COMPLAINT and committed FRAUD UPON THE COURT and, alleges plaintiff, FRAUD UPON PLAINTIFF; and, alleges Plaintiff:, "PERJURY" whereas

-2-

the legal staff <u>lied to this court</u> and they prepared "<u>false documents</u>", knowingly, willfully, maliciously, premeditatetivally and these are CHARGES OF CRIMINAL CODE VIOLATIONS.

So alleges Plaintiff, John V. Hyland, Jr., herein and throughout, that Judge REGGIE B. WALTON <u>was a co-conspirator</u> to the above listed, at minimum, PENAL CODE VIOLATIONS.

THEREFORE: Judge Reggie B. Walton, must be DISQUALIFIED on the grounds stated herein and in the grounds stated in docket 1:05-CV01878.

BEING that these are CRIMINAL CHARGES against employees acting in the District of Columbia, Plaintiff will file a CRIMINAL COMPLAINT with the CITY POLICE of Washington, District of Columbia.

August 22, 2006

Respectfully submitted,

John Vincent Hyland Jr.,
Plaintiff, pro se
# 228879
Parnall Correctional
1790 Parnall
Jackson, MI 49201

-3-

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

———————

John Vincent Hyland, Jr.,              Case No. 1:06CV01439
   Plaintiff,
#228879                               Honorable: <u>JUDGE: Reggie B. Walton.</u>
Parnall Correctional
1790 Parnall, Jackson, MI 49201


-vs-


John G. Roberts, Jr.
   Defendant.
Supreme Court
Washington, D.C. 20543-0001
_____/


PROOF OF SERVICE

   NOW COMES, Plaintiff, pro se, John Vincent Hyland, Jr., and swears under penalty of perjury that he placed the following in the mail with first class postage affixed, August 23, 2006.

   Re:

PLAINTIFF'S MOTION FOR:
DISQUALIFICATION OF JUDGE REGGIE B. WALTON.
————

   1. Two copies to: CLERK, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W. Washington, D.C. 20001.

   2. One copy to DEFENDANT'S attorneys:
   U.S. Attorney, 501 3rd Street, NW, Washington, D.C. 20001
and
   U.S. Attorney General, D.O.J. 650 Pennsylvania Ave., NW, Washington, D.C. 20530.
and
   One copy to: Defendant John G. Roberts, Jr., attention Clerk, United States Supreme Court, Washington, D.C. 20543-0001.


August 23, 2006                        Respectfully submitted,

                                       John Vincent Hyland, Jr.,
                                          Plaintiff, pro se