U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT
NOV 1 3 2006
RECEIVED

UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA

---

| | |
|---|---|
| John Vincent Hyland, Jr., <br>   Appellant, <br> #228879 <br> Parnall Correctional <br> 1790 Parnall, Jackson, MI 49201 <br><br> -vs- <br><br> John G. Roberts, Jr., <br>   Defendant, <br> c/o United States Supreme Court <br> Washington, D.C. 20001. | C.O.A. NO: _____ <br><br> HONORABLE: JUDGE: _____ |

_____ /

JURY DEMAND

CLAIM EXCEEDS $ 50,000.

PLAINTIFF'S
APPLICATION FOR LEAVE TO APPEAL
IN FORMA PAUPERIS

---

November 5, 2006

Respectfully submitted,

John Vincent Hyland, Jr.,
Plaintiff, pro se

## JURISDICTIONAL STATEMENT

1. Petitioner, pro se, alleges that jurisdiction is conveyed onto Court of Appeals, District of Columbia, pursuant to §§§ 1291, 1292, 1295, Federal Civil Judicial Procedure and Rules.

2. Petitioner is a pro se prisoner litigant, in forma pauperis.

3. Petitioner appeals orders of U.S. District Court, District of Columbia, 1:05-cv-01878--RBW and 1:06-cv-01439 ---.

4. Petitioner does not have financial means to comply with PRINTING requirements of Court of Appeals for applicant is financially destitute and no reasonable expectation of improvement in the near future.

5. Petitioner applied to this Court of Appeals, interlocutory, in docket # 1:05-cv-01878-RBW but was never answered by this appellate court.

6. Appellant requests FORMAL NOTICE of affirmative response from this appellate court for permission to file IN FORMA PAUPERIS, pro se prisoner litigant.

7. Petitioner alleges this CIVIL COMPLAINT is of <u>NATIONAL INTEREST TO PROTECT THE LEGITIMACY OF SUPREME COURT DECISIONS.</u>

8. SO PRAYS pro se appellant.

## APPLICATION FOR LEAVE TO APPEAL
## IN FORMA PAUPERIS

1. NOW COMES, Petitioner-Plaintiff, pro se, John Vincent Hyland, Jr., and requests permission to file CLAIM OF APPEAL AS OF RIGHT pursuant to Title 28 - JUDICIARY AND JUDICIAL PROCEDURE §§§ 1291, 1292, 1295.

2. Title 28 - Federal Civil Judicial Procedure and Rules, Rule 455, Disqualification of judge must be applied against Judge Reggie B. Walton who was added as a DEFENDANT.

3. Actions by judge Reggie B. Walton such as NOT SIGNING ORDER is repugnant and contrary to judicial procedures.

An "unsigned order" is "NO ORDER AT ALL."

4. Judge Reggie B. Walton was added as a defendant and therefore is obviously PREJUDICED for or against and that is ground for AUTOMATIC recusal and in lieu of recusal it is automatic DISQUALIFICATION.

5. Therefore, alleges Plaintiff, ALL ORDERS by Judge Reggis B. Walton in this docket are VOID AB INITIO for want of lawful jurisdiction.

6. The CAUSE(S) OF ACTION are insurmountable because the COMPLAINT clearly states that John B. Roberts, Jr., was non-jurisdictionally appointed as CHIEF JUSTICE of the United States Supreme Court.

7. THEREFORE, alleges pro se plaintiff, this "CIVIL COMPLAINT" is of the utmost importance to adjudicate as to findings of the COMPLAINT(S) CHARGED.

8. This court should also note that Judge Reggie B. Walton

has shown his "prejudice" by NOT signing his own order.

Title 28 - FEDERAL CIVIL JUDICIAL PROCEDURE and RULES, Rule 52(a)

(a) Effect. In all actions tried upon the facts without a jury or with an advisory jury, the court shall find the facts specially and state separately its conclusions of law thereon, and judgment shall be entered pursuant to Rule 58; and in granting or refusing interlocutory injunctions the court shall similarly set forth the findings of fact and conclusions of law which constitute the grounds of its action."

9. Judge Reggie B. Walton has non-lawfully deprived this Plaintiff of a HEARING on the MERITS.

10. All fees have been paid by plaintiff.

11. Judge Reggie B. Walton failed to sign his own ORDER.

12. Judge Reggie B. Walton failed to ORDER the attorneys for defendant(s) to reply to the CIVIL COMPLAINT that was PROPERLY DOCKETED and FEES PAID and SERVICE PROPER ON ALL PARTIES.

## CONCLUSION

Petitioner is entitled to a HEARING ON THE MERITS in this United States Court of Appeals for the District of Columbia.

## RELIEF REQUESTED

Petitioner, John Vincent Hyland, Jr., requests this Honorable Court of Appeals for the District of Columbia to grant the issuance of a "CERTIFICATE OF APPEALABILITY" to pro se plaintiff.

-3-

Petitioner requests this Court to permit pro se prisoner litigant to file one copy in this court and one copy direct to defendant, exclusive of any other servicing and exclusive service upon District of Columbia District Court, and the infamous three departments of lawyers that petitioner serviced originally, NAMELY:

UNITED STATES ATTORNEY

UNITED STATES ATTORNEY GENERAL

UNITED STATES ATTORNEY, DEPARTMENT OF JUSTICE.

Petitioner further prays for RELIEF in the amount of and pursuant to, PRAYOR FOR RELIEF in the ORIGINAL CIVIL COMPLAINT - JURY DEMAND

November 5, 2006

Respectfully submitted,
John Vincent Hyland, Jr.
Plaintiff pro se
# 229879
Parnall Correctional
1790 Parnall, Jackson, MI 49201

-4-