# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5356**               **September Term, 2007**

05cv01878

Filed On:

John Vincent Hyland, Jr.,
    Appellant

v.

George Bush,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 3 1 2007

CLERK

## ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of Appellant's motion for leave to proceed on appeal in forma pauperis *filed on October 26, 2007*.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY:  Elizabeth V. Scott
Deputy Clerk