UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN VINCENT HYLAND, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1878 (RBW) |
| GEORGE W. BUSH, | ) |
| Defendant. | ) |

## ORDER

The plaintiff, proceeding pro se, has appealed this Court's final judgment to the United States Court of Appeals for the District of Columbia Circuit, USCA No. 07-5356. Currently before this Court is the plaintiff's motion for leave to proceed on appeal in forma pauperis and accompanying Affidavit, which was referred to this Court for a decision by the District of Columbia Circuit. Upon consideration of this motion and affidavit, it is hereby this 8th day of November, 2007

**ORDERED** that the defendant's motion is **GRANTED**.[1]

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge

---

[1] The Clerk is directed to transmit a copy of this order to the District of Columbia Circuit.